

'08 CIV 5201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ATLANTIC RECORDING CORPORATION,

                             Plaintiff,

    - v –

BCD MUSIC GROUP, INC. and
MIXTRAP, LLC,

                            Defendants.
------------------------------------------------------------------X



RECEIVED JUN 06 2008 RULE 7.1 STATEMENT U.S.D.C. S.D.N.Y. CASHIERS

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Atlantic Recording Corporation certifies that it is a wholly owned subsidiary of Warner Music Group Corp., a public corporation.

Dated: New York, New York
       June 6, 2008

                                      Respectfully submitted,

                                      BLANK ROME, LLP

                                      By: _____
                                        Kenneth L. Bressler (KB 3389)
                                        Jennifer S. Smith (JS 1941)
                                       405 Lexington Avenue
                                       The Chrysler Building
                                       New York, New York 10174
                                       Tel: (212) 885-5203
                                       Fax: (917) 332-3740
                                       *Attorneys for Plaintiff*