UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

-----------------------------------------------------------X

ATLANTIC RECORDING CORPORATION,

            Plaintiff,

08 Civ. 5201 (WHP)

-against-

**Rule 7.1 Statement**

BCD MUSIC GROUP, INC. and MIXTRAP, LLC

            Defendants.

-----------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant BCD Music Group, Inc. certifies that it is a privately held corporation.

New York, New York

June 7, 2008

                                          Respectfully submitted

                                          Wallace Collins, Esq.
                                          119 5th Avenue (3d flr)
                                          New York, NY 10003
                                          (212) 245-7300
                                          Attorney for Defendant, BCD