UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ATLANTIC RECORDING CORPORATION        :
                                      :
                    Plaintiff,        :        _____ Civ. _____
                                      :
                                      :
        – v –                         :        DECLARATION OF MARGO
                                      :        SCOTT IN SUPPORT OF
                                      :        PRELIMINARY INJUNCTION
BCD MUSIC GROUP, INC. and             :
MIXTRAP, LLC,                         :
                                      :
                    Defendants.       :
                                      :
------------------------------------------------------------- X

Margo Scott declares:

1.      I am employed by Atlantic Recording Corporation ("Atlantic"), a subsidiary of

Warner Music Group Corp. ("Warner Music"), as Senior Vice President of Business and Legal

Affairs. I am responsible for overseeing all legal issues relating to certain recording artists

whose recordings are owned by or exclusively licensed to Atlantic, including Al Gernod L.

Washington p/k/a Plies ("Plies").

2.      On March 26, 2008, I received an email from a lawyer named Wallace Collins

("Collins") inquiring whether certain recordings (the "Recordings") were claimed by or

connected to Atlantic. All of the Recordings were listed as "featuring Plies," and four of the

Recordings also listed featured performances by other Warner Music artists. According to

Collins, he was acting on behalf of a company called Aqua Interests. I responded to Collins by

sending an email advising him that Atlantic had an exclusive recording agreement or an

exclusive license agreement with respect to Plies and most of the other artists listed as featured

performers in his email and informing him that Atlantic would not consent to the release or other

exploitation of the Recordings and would aggressively pursue its remedies in the event of any release or other exploitation in contravention of its rights. (Collins' March 26, 2006 email and my response are attached as Exhibit 4.)

3.      Since I was not certain that Collins received the email and wanted to ensure that Collins would have absolutely no question as to Atlantic's position, on March 28, 2008, one of Atlantic's attorneys at my request sent Collins a letter confirming that Atlantic would not authorize the exploitation of the Recordings on an album or otherwise. (Attached as Exhibit 5 is the March 28, 2008 letter from Atlantic to Collins.) Following his receipt of our March 28 letter, Collins asked me if Atlantic would grant his client a license to release an album for a royalty of $1 per unit. I did not agree to this request.

4.      On April 23, 2008, Atlantic discovered that a company called BCD Music Group, Inc. ("BCD") had released an album entitled *Real Definitions*, which embodies the Recordings listed in the March 26, 2008 email I received from Collins. I immediately instructed an attorney at Atlantic to prepare a cease and desist letter, which was sent the following day. (Attached as Exhibit 6 is a copy of the cease and desist letter). I then called Collins, who said he hadn't heard anything about the matter since he conveyed Atlantic's position to Aqua.

5.      On April 25, 2008, Collins sent me an email informing me that he is representing Defendant BCD. (Exhibit 7.) Collins did not otherwise respond to the cease and desist letter Atlantic sent to BCD.

I declare under penalty of perjury that the foregoing is true and correct.

New York, New York
June 4, 2008

Margo Scott

123264.00612/6641652v.3

# Exhibit 1

SLIP 'N SLIDE RECORDS, INC.
## STANDARD EXCLUSIVE RECORDING ARTIST AGREEMENT

AGREEMENT dated as of May 26, 2004, by and between Slip 'N Slide Records, Inc. ("Company"), whose address is 919 Fourth Street Miami Beach, Fl 33139, and Al Gernod L. Washington p/k/a "Big Gates" ("Artist"), whose address is: 18001 Richmond Pl. Dr., Apt. #501, Tampa, FL 33647. Plies ____

1. **PURPOSE:**

    (a)    It is the purpose of this Agreement to set forth the terms and conditions by which Artist agrees to furnish Artist's exclusive personal services to Company for the purposes of recording and re-recording master recordings ("Masters") embodying Artist's performances at times and places designated by Company and as otherwise set forth herein.

2. **TERRITORY:**

    The territory included in this Agreement shall be the Universe.

3. **TERM:**

    (a)    The Term of this Agreement will commence upon the date set forth above and shall consist of a First Contract Period (hereinafter defined) and such additional contract periods ("Option Periods") as set forth below (the First Contract Period and the Option Periods are sometimes collectively referred to as "Contract Periods").

    (b)    The First Contract Period of the Term will end upon the earlier of (i) twelve (12) months after the commercial release in the United States of the first master recording embodying Artist's performance, or (ii) the date, if any, that Company sends Artist notice that it is exercising its right to extend this Agreement as provided below. Each Option Period will end twelve (12) months after Artist has Delivered to Company the last Master recorded in fulfillment of the Minimum Recording Commitment for that Option Period.

    (c)    Artist grants Company five (5) separate options to extend the Term of this Agreement ("Option Periods") on the same terms and conditions as apply in the First Contract Period, except as otherwise provided herein. Each Option Period shall commence immediately upon the expiration of the immediately preceding Contract Period and will continue for a period of twelve (12) months following Delivery to Company of the minimum number of Masters required to fulfill the Minimum Recording Commitment (defined below) for such Contract Period. Each option shall be deemed to be automatically exercised unless Company gives Artist written notice to the contrary. Notwithstanding the foregoing, Company may exercise an option to extend this Agreement upon written notice to Artist at any time five (5) months following the date an Album recorded in fulfillment of Artist's then Minimum Recording Commitment has been commercially released in the United States.

SLIPNSLIDE.ARTIST.AL GERNOD WASHINGTON      -1-

Company and under Company's control.

(g)     Artist shall obtain and submit to Company on or before the Delivery Due Date all of the necessary licenses, including, without limitation, sample licenses, approvals, consents and permissions required in order for Artist to record the Masters and in order for Company and it's licensees to exploit the Masters. Artist must submit such licenses, approvals, consents and permissions in a form approved by Company, if so requested by Company. Company may, in its sole discretion, assist Artist in obtaining such licenses, approvals, consents or permissions; provided, however, such assistance shall not be deemed a waiver of Artist's obligation to timely deliver same;

(h)     "Live" recordings shall not be embodied on any Album under this Agreement without the permission of Company. Neither Multiple albums or joint recordings may be recorded as part of Artist's recording commitment without Company's prior written approval.

7.     OWNERSHIP OF MASTERS:

Company shall be the sole owner throughout the world of the copyrights in and to the sound recordings embodied on any and all Masters and other Recordings made by Artist hereunder. The Masters, from inception of the recording thereof, and all Phonograph Records and other reproductions made therefrom, together with the performances embodied therein and all copyrights embodied therein and thereto, throughout the Territory, and all renewals and extensions thereof, will be entirely Company's property, free of any claims whatsoever by Artist, or any other person. All recordings made hereunder shall be deemed a "work made for hire" for copyright purposes. In the event it should be determined that any master made hereunder is not a work made for hire, then Artist agrees to assign all of Artist's copyright interest therein for the world to Company. In this regard, Artist hereby grants to Company a special power of attorney to prepare assignments of copyright in favor of Company suitable for recording with the United States Copyright Office. This power of attorney is coupled with an interest and is irrevocable. Without limiting the generality of the foregoing, Company, its designees, licensees and assigns, will have the exclusive and perpetual right throughout the Territory: (a) to manufacture, sell, distribute, and otherwise exploit the Masters and any Phonograph Records derived therefrom, under any names, trademarks, trade names, service marks, or otherwise; (b), to lease, convey, license, use, alter, adapt, or dispose of the Masters in any media or field of use, now known or hereafter developed; (c), to publicly perform Phonograph Records whether in television, radio, audiovisual works, other any other reproductions embodying masters; and (d) to refrain from any of the foregoing in the sole discretion of Company.

8.     NAME AND LIKENESS:

(a)     Company shall have the exclusive, worldwide, and perpetual right to use and permit others to use Artist's name, likeness and biography in connection with any Masters or other recordings recorded under this Agreement and with respect to any Videos produced hereunder, and for purposes of trade without the payment of any consideration of Artist except as otherwise provided herein (e.g. advances and royalties). Artist will cooperate with Company, at its reasonable request, in making photographs and preparing other materials for use in advertising, marketing,

SLIPNSLIDE.ARTIST.AL GERNOD WASHINGTON     -4-

promoting and publicizing Artist and Masters. Company has the right, but not the obligation, to register Artist's names and marks with the applicable registry throughout the Territory. Any and all costs expended by Company to conduct any trade mark and service mark search, as well as any registration fees incurred by Company to register Artist's name or mark, shall be deemed Artist advances and shall be recoupable from any monies payable to Artist hereunder, or any other agreement between the parties hereto. Artist warrants and represents that he has the right to use the professional name "Big Gates". Plies ~~~~ R.L. AW

(b)       Company shall exclusively own, approve, and control all materials comprising the artwork in connection with Phonograph Records hereunder, including, without limitation, all copyrights and right to secure copyrights throughout the Territory, and in perpetuity.

(c)       Artist will not prepare any artwork for any Recordings hereunder, unless Artist shall first secure the prior written approval of Company, including, without limitation, approval of the budget for such artwork. Any costs incurred by Company in the preparation of artwork shall be deemed an Artist advance and recoupable from any monies payable to Artist hereunder, or any other agreement between Company and Artist.

9.1.1    During and following the term of this Agreement, Participant will not grant any rights in any of the Compositions owned by Participant unless: (i) Participant first notifies Company of all of the material terms and conditions of the proposed grant, including but not limited to the identities of all proposed parties to it, and (ii) Participant shall offer to grant the same rights concerned to Company upon the same terms. If Company does not accept Participant's offer within sixty (60) days of its receipt, Participant may then grant the rights concerned to the same parties mentioned in Participant's notice, provided that such grant is consummated within thirty (30) days after the end of that sixty (60) day period upon the same terms and conditions set forth in Participant's notice to Company. If that grant is not consummated within the latter thirty (30) day period, the right of preemption granted to Company in this paragraph will be reinstated automatically and no grant of rights in any of the Compositions shall be made to anyone unless Participant first offers to grant the rights concerned to Company as provided in this paragraph.

9.1.2    Company will not be required, as a condition of accepting any offer made to it pursuant to paragraph 9.1.1, to agree to any terms or conditions which cannot be fulfilled by Company as readily as by any other person (for example, but without limitation, the engagement of a particular recording artist for the production of recordings of any particular Composition).

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the day and year first written above.

"Participant"
Al Gernod L. Washington

By: _____
SSN: 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

First & Gold Music, Inc.
"Company"

By: _____
An Authorized Signatory

SLIPNSLIDE.ARTIST.AL GERNOD WASHINGTON        -25-

Exhibit 2

**ATLANTIC RECORDING CORPORATION**
**1290 Avenue of the Americas**
**New York, NY 10104**

As of January 31, 2006

SLIP-N-SLIDE ENTERPRISES, INC. and
SLIP 'N' SLIDE RECORDS, INC.,
919 Fourth Street
Miami Beach, FL 33139
Attn: Ted Lucas

RE:    **SLIP-N-SLIDE AMENDMENT/ PLIES**

Gentlemen:

Please refer to the following agreements: (i) the agreement between Slip-N-Slide Enterprises, Inc. and Slip 'n' Slide Records, Inc. (individually and collectively, "Slip-N-Slide") and Atlantic Recording Corporation ("Atlantic") dated as of February 11, 1999 (as amended, including, without limitation, by that certain amendment dated May 2, 2002 [the "2002 SNS Amendment"], the "SNS Agreement"); (ii) the agreement between Slip-N-Slide and Atlantic dated April 11, 2005 and effective as of February 10, 2004 [the "New Agreement"], which incorporates certain terms and conditions of the SNS Agreement; (iii) the agreement between Slip 'n' Slide Records, Inc. and Al Gernod L. Washington ("Plies") dated as of May 26, 2004, regarding the exclusive recording services of Plies (the "Plies Artist Agreement"); and (iv) the undated letter agreement between Slip 'N Slide Records, Inc. and Atlantic, signed January 25, 2006, and granting Atlantic a first negotiation and matching right with respect to Plies (the "Letter Agreement") All terms used but not defined herein shall have the definitions ascribed to them in the New Agreement or the SNS Agreement (including, without limitation, the definitions set forth in the opening paragraph of the 2002 SNS Amendment), as applicable. When signed by Slip-N-Slide and by Atlantic, this agreement shall constitute such parties' agreement to modify the New Agreement.

Simultaneously with Slip-N-Slide's execution of this agreement, Slip-N-Slide sign and shall cause Artist to sign an inducement letter in the form of Exhibit A attached hereto and made a part hereof (the "Exhibit Agreement").

1.    The New Agreement is hereby modified by adding the following as paragraph 3(c) and by re-lettering the existing paragraph 3(c) as paragraph 3(d), and by changing all references to the existing paragraph 3(c) to paragraph 3(d):

(c)    **Plies**: The term (the "Plies Term") with respect to Plies will be deemed to have commenced as of May 26, 2004, and will continue for an initial period (the "Plies Initial Period") ending one year after the date of Atlantic's initial commercial release in the United States of the album constituting the Plies Recording Commitment for the Plies Initial Period. In addition, Atlantic will have five separate consecutive options to extend the Plies Term for further periods (the "First Plies Option Period," the "Second Plies Option Period," the "Third Plies Option Period," the "Fourth Plies Option Period" and the

1



If the foregoing is acceptable, please acknowledge the same by signing in the appropriate places below.

ATLANTIC RECORDING CORPORATION

By: _____

Senior Vice President, Business & Legal Affairs

ACCEPTED AND AGREED TO:

SLIP-N-SLIDE ENTERPRISES, INC.

By: _____

An Authorized Signatory

SLIP 'N' SLIDE RECORDS, INC.

By: _____

An Authorized Signatory

7

Atlantic Recording Corporation
1290 Avenue of the Americas
New York, New York, 10104

As of January 31, 2006

Al Gernod L. Washington
18001 Richmond Place Drive
Apt. # 501
Tampa, FL 33647

Dear Mr. Washington:

Pursuant to an exclusive recording agreement dated as of May 26, 2004 (the "Artist Agreement") by and between Slip 'N Slide Records, Inc. and Al Gernod L. Washington p/k/a "Plies" ("Artist"), Company is entitled to Artist's exclusive recording services. Artist has been advised that Slip 'N Slide Records, Inc. and Slip-N-Slide Enterprises, Inc. are entering into an agreement (the "Atlantic Agreement") with Atlantic Recording Corporation ("Atlantic") pursuant to which Company is agreeing, among other things, to furnish Artist's recordings made under the Artist Agreement exclusively to Atlantic. As used in this agreement, "Company" shall be deemed to mean Slip 'N Slide Records, Inc. and Slip-N-Slide Enterprises, Inc., jointly and severally.

In order to induce Atlantic to execute the Atlantic Agreement (it being to Artist's benefit as a recording artist that Atlantic do so) and to pay good and valuable consideration inuring to Artist's benefit under the Atlantic Agreement, Artist hereby agrees as follows:

1.        At all times during the term of the Atlantic Agreement (as it may be extended), Company will be authorized to furnish Artist's recordings exclusively to Atlantic. Artist acknowledges that Atlantic will have no obligations to make any payments to Artist in connection with the services rendered by Artist or the fulfillment of Artist's other obligations under the Artist Agreement, and Artist will look solely to Company for the payment of all sums payable to Artist pursuant to the Artist Agreement. Artist hereby ratifies and confirms that the Artist Agreement is in full force and effect, and that Company is not in breach thereof. Nothing set forth in the preceding sentence shall be deemed to derogate from any obligation Company may have to render accounting statements, or any right you may have to audit such statements, pursuant to all of the terms and conditions of the Artist Agreement. (Except as otherwise specifically provided herein, defined terms have the same meaning as in the Artist Agreement).

2.        (a)        If, during the term of the Atlantic Agreement (as it may be extended), Company fails or refuses to furnish master recordings embodying Artist's performances to Atlantic, Artist, at Atlantic's request, will do all such acts and things directly for Atlantic so as to give Atlantic the same rights, privileges, and benefits as Atlantic would have had if Company had continued to furnish master recordings to Atlantic (including, without limitation, furnishing master recordings previously submitted to Company directly to Atlantic); such rights, privileges, and benefits will be enforceable in Atlantic's behalf against Artist.

        (b)        If, during the term of the Artist Agreement (as same may be extended) (i) Company ceases to be entitled to Artist's recording services or (ii) Company is in breach of the Artist Agreement or (iii) Company's dissolution, liquidation, or the filing of a petition in bankruptcy or insolvency or for an arrangement or reorganization by, for or against Company shall occur (an event under (i), (ii) or (iii) each being referred to as an "Event"), Artist shall notify Atlantic thereof, and, whether or not Artist sends such notice or Atlantic receives such notice, Atlantic shall have the irrevocable right to require Artist to do all such acts and things so as to give Atlantic the same rights, privileges, and benefits as Atlantic would have had if Atlantic had been a party directly to the Artist Agreement (and as if the Event had not occurred); all such rights, privileges, and benefits will be enforceable in Atlantic's behalf against Artist, notwithstanding any Event, all the terms and conditions contained in the Artist Agreement will be effective as if Company has assigned the Artist Agreement to Atlantic with Artist's consent, subject to paragraph 2(c) below. No

200931/1/RJHS/0624/0000/03/21/01

termination or modification of the Artist Agreement will operate to diminish Artist's obligations to Atlantic hereunder, and no breach of the Artist Agreement by Company will be sufficient cause for Artist to fail to fully perform for Atlantic pursuant to the Artist Agreement and this agreement.

(c)    If Atlantic elects to deem the Artist Agreement to have been assigned by Company to Atlantic with Artist's consent pursuant to paragraph 2(b) above, then, as of the date of such election, all references in the Artist Agreement to "Company" shall be deemed references to Atlantic and the Artist Agreement shall be deemed modified on a prospective basis as follows:

(i)    Paragraph 3(b) of the Artist Agreement will be deemed deleted and the following substituted in lieu thereof:

The First Contract Period of the Term will end upon the last day of the twelfth complete month following the date of Company's initial commercial release in the United States of the Album constituting the Minimum Recording Commitment for that Contract Period. Each Option Period for which Company has exercised its option shall commence upon the expiration of the immediately preceding Contract Period and shall continue until the last day of the twelfth complete month following the date Artist has Delivered to Company the last Master recorded in fulfillment of the Minimum Recording Commitment for that Contract Period.

(ii)    The second and third sentences of paragraph 3(c) of the Artist Agreement will be deemed deleted and the following substituted in lieu thereof: "Each option shall be exercised, if at all, by notice to Artist at any time prior to the date the Term would otherwise expire."

(iii)    The following will be deemed added as a new paragraph 3(d):

(d)    Notwithstanding anything to the contrary the foregoing, if, as of the date when the then-current Contract Period would otherwise have expired, Company has not exercised its option to extend the Term for a further Contract Period, then: (i) Artist shall immediately send a notice to Company specifically referencing this paragraph 3(d) and stating that Company's option has not yet been exercised (an "Option Warning Notice"); (ii) Company shall be entitled to exercise its option at any time before receiving the Option Warning Notice or within five (5) Business Days thereafter; and (iii) the current Contract Period shall be deemed to have continued until Company exercises its option or until the end of such five (5) Business Day period (whichever shall occur first).  (As used herein, the term "Business Day" shall mean any day other than a Saturday, a Sunday, a day on which banks in New York City or Los Angeles are authorized or obligated by law to close or a day on which Company's headquarters is officially closed.  Without limiting the generality of the preceding sentence, Artist acknowledges that Company's headquarters are generally officially closed during the period commencing with the last weekday prior to Christmas Eve of any particular calendar year and ending with the first weekday following New Year's Day of the immediately succeeding calendar year.)

(iv)    Paragraph 21(f) is deemed amended by deleting the portion of the penultimate sentence beginning with the words "a court order" through the end of that sentence and by substituting in lieu therefor the phrase "pursuant to paragraph 14 above."

(v)    The following will be deemed added as a new paragraph 21(l):

(l)    Company shall compute Artist's royalties in the same national currency in which Company's licensee pays Company for that sale, and Company shall credit those royalties to Artist's account at the same rate of exchange at which the licensee pays Company (or credits Company in recoupment of an advance made to Company by such licensee, as reflected in a royalty accounting statement received by Company).  For purposes of accounting to Artist, Company shall treat any sale outside of the United



States as a sale made during the same royalty accounting period in which Company receives accounting and payment (or credit to Company in recoupment of an advance made to Company by such licensee, as reflected in a royalty accounting statement received by Company) for that sale from the applicable licensee. If Company cannot collect payment in the United States, Company shall not be required to account to Artist for that sale, except that Company shall, at Artist's request and expense associated therewith, deduct from the monies so blocked, and deposit in a foreign depository, the equivalent in local currency of the royalties which would be payable to Artist on the foreign sales concerned, to the extent such monies are available for that purpose, and only to the extent to which Artist's royalty account is then in a fully-recouped position. All such deposits shall constitute royalty payments to Artist for accounting purposes.

(vi)    The following will be deemed added as a new paragraph 21(m):

(m)    Company will render statements and pay royalties due Artist under this agreement as of June 30 and December 31 of each year. The statements will be sent to Artist no later than 90 days after the end of the applicable accounting period. Artist will be deemed to have consented to all accountings rendered hereunder, and such accountings will be binding upon Artist and not subject to any objection by Artist for any reason, unless specific objection, in writing, stating the basis thereof, is given to Company within two years after the date the applicable statement is rendered (and, after such written objection, unless suit is instituted within three years after the date the applicable statement is rendered). Artist will have the right at his sole cost and expense to appoint a certified public accountant who is not then currently engaged in an outstanding audit of Company to examine Company's books and records as same pertain to sales of records as to which royalties are payable hereunder, provided that any such examination will be for a reasonable duration, will take place at Company's offices during normal business hours on reasonable prior written notice and will not occur more than once for any statement or in any calendar year. For the avoidance of doubt, following the examination of Company's books and records by a certified public accountant in accordance with the foregoing provisions of this paragraph, Artist shall have the right at his sole cost and expense to appoint an attorney who is not then currently engaged in an outstanding audit of Company to negotiate the terms of the settlement agreement with respect to such examination.

3.    All of the terms, conditions and restrictions relating to Artist in the Artist Agreement will be binding upon Artist for the benefit of Atlantic, and regardless of the name(s) by which Artist may be identified in Artist's artistic endeavors. Company's rights, obligations, liabilities, prohibitions and restrictions contained in the Artist Agreement are applicable hereto and incorporated herein by reference.

4.    Artist hereby confirms and joins in the granting to Atlantic of the rights specified in the Artist Agreement, including, but not limited to the right to use and publish Artist's names (legal and professional) and likenesses and to write and publish, and permit others to write and publish, articles concerning Artist for advertising and trade purposes in connection with Records embodying Recordings made or otherwise submitted to Company or Atlantic during the term of the Atlantic Agreement, the promotion of Artist and general goodwill or institutional advertising (and purposes collateral to such permitted purposes such as MTV's advertising and promotion). Artist agrees that Artist will not, during the term of the Atlantic Agreement (or any extension or renewal thereof), perform for anyone other than Atlantic for the purpose of making Records, and Artist will not record any Compositions which are recorded under the Artist Agreement for anyone other than Atlantic. Artist makes the same representations and warranties, for the benefit of Atlantic, as Artist made in the Artist Agreement, and agrees to perform all the obligations therein undertaken to be performed as if Atlantic were a party to such Artist Agreement directly. Artist will not modify the Artist Agreement so as to reduce Atlantic's rights without Atlantic's absolute prior written consent.

200931/1/RHS/0624/0000/03/21/01

5.      Artist is entitled to use the professional name "Plies" and to grant Atlantic the right to use said name as provided in the Artist Agreement and the foregoing paragraph 4, and no other person or entity will have the right to use said name or to permit it to be used in connection with the manufacture, distribution and commercial exploitation of Records embodying Recordings made or submitted to Company or Atlantic during the term of the Atlantic Agreement.

6       Atlantic will be entitled to equitable relief, including injunctive relief, to enforce the provisions of the Artist and Atlantic Agreements and this agreement. Artist irrevocably waives any so-called "moral rights" and like rights in Artist's master recordings.

7.      This agreement will be governed by the laws of the State of New York applicable to contracts entered into and performed entirely within such State. The New York courts only will have jurisdiction of any controversies regarding this agreement. Any notices hereunder will in writing, served in accordance with the provisions of the Artist Agreement, and will be sent to Atlantic, to the attention of the Senior Vice President of Business and Legal Affairs, by the same methods as provided in the Artist Agreement.

Very truly yours,


AL GERNOD L. WASHINGTON p/k/a "PLIES"
Social Security No. 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

AGREED AND ACCEPTED:

ATLANTIC RECORDING CORPORATION

By:_____

CONFIRMED:

SLIP-N-SLIDE ENTERPRISES, INC.

By:_____

SLIP 'N SLIDE RECORDS, INC.

By:_____

Exhibit 3

Agreement made and entered into as of this 17th day of November, 2006 by and between Atlantic Recording Corporation, 1290 Avenue of the Americas, New York, New York 10104 ("**Company**") and Czar Entertainment, Inc., 11 West 25th Street, Suite 300, New York, NY 10010 ("**you**").

1A.    **BIG CAT RELEASE AGREEMENT**

(a)    This agreement shall be subject to and conditional upon you securing a termination and release agreement (the "**Release Agreement**") from Big Cat Records, LLC ("**Big Cat**") in a form acceptable to Company, whereby Big Cat relinquishes any and all rights it may have to the recording services of Radric Davis, professionally known as "Gucci Mane" ("**Artist**"). The Release Agreement is attached hereto as Exhibit B. In accordance with the foregoing, this agreement will not be effective unless and until the Release Agreement is fully executed.

(b)    You shall secure the right from Big Cat for Company to include the Masters embodying Artist's performance of the Compositions entitled "My Chain (Remix)" on the First Album hereunder (or Records released in connection with the First Album), without any fee, royalty or other compensation due to Big Cat.

1.    **EXCLUSIVE SERVICES**

Company hereby engages you to furnish the exclusive service of Artist for the making of Recordings and Records and you hereby accept such engagement and agree to furnish such exclusive services to Company in the Territory during the Initial Period of this agreement and all applicable extensions and renewals (the "**Term**").

2.    **TERM**

(a)    The Term shall commence on the date hereof and shall continue for an initial period (the "**Initial Period**") ending on the last day of the twelfth complete month following the date of Delivery of the last Master constituting the Recording Commitment for such Initial Period. You hereby irrevocably grant to Company three (3) consecutive separate options to extend the Term for further periods (the "**Option Periods**"), each upon the same terms and conditions applicable to the Initial Period, except as otherwise specifically set forth herein. Each Option Period for which Company has exercised its option shall commence upon the expiration of the immediately preceding Contract Period and shall continue until the last day of the twelfth complete month following the date of Delivery of the last Master constituting the Recording Commitment for that Option Period. Each option shall be exercised, if at all, by notice to you at any time prior to the date the Term would otherwise expire. As used herein, the term "**Contract Period**" shall mean the Initial Period or any Option Period of the Term, as such may be suspended or extended as provided herein.

(b)    Notwithstanding anything to the contrary contained in paragraph 2(a), if, as of the date when the then-current Contract Period would otherwise have expired, Company has not exercised its option to extend the Term for a further Contract Period, then: (i) you shall immediately send a notice to Company specifically referencing this paragraph 2(b) and stating that Company's option has not yet been exercised (an "**Option Warning Notice**"); (ii) Company shall be entitled to exercise its option at any time before receiving the Option Warning Notice or within five (5) Business Days thereafter; and (iii) the current Contract Period shall be deemed to have continued until Company exercises its option or until the end of such five (5) Business Day period (whichever shall occur first).

3.    **RECORDING COMMITMENT AND DELIVERY**

(a)    (i)    During each Contract Period you shall Deliver a sufficient number of Masters to constitute the required number of Albums specified in the following schedule (the "**Recording Commitment**"):

35237.4/CZ/11/16/06

- 1 -

5.    **GRANT OF RIGHTS**

(a)    All Recordings embodying the performances of Artist recorded during the Term or submitted hereunder from the inception of the recording thereof, and all reproductions derived therefrom, together with the performances embodied thereon (but excluding the copyright in the underlying Compositions embodied thereon), shall be the property of Company in perpetuity for the Territory free from any claims whatsoever by you, Artist or any other Person.  Company shall have the exclusive right throughout the Territory to copyright those Recordings in Company's name as the author and owner of

35237.4/CZ/11/16/06

them and to secure any and all renewals and extensions of copyright throughout the Territory. Each of those Recordings shall be considered a "work made for hire" for Company; if for any reason any one (1) or more of those Recordings is determined not to be a "work made for hire," then you and Artist hereby irrevocably grant, transfer, convey and assign to Company the entirety of the rights, titles and interests throughout the Territory in and to all of those Recordings, including the copyright, any and all renewals and extensions of copyright, and the right to secure copyright registrations therefor (but excluding the copyright in the underlying Compositions embodied thereon). You and Artist hereby irrevocably and unconditionally waive any and all so-called droit moral and like rights that you and Artist have in the Recordings and in the performances embodied thereon and hereby agree not to make any claim against Company or any Person authorized by Company to exploit those Recordings based on such moral or like rights. Without limiting the foregoing, Company and all Persons authorized by Company shall have the exclusive and unlimited rights to own, control and exploit Artist's services as a recording artist during the Term and to all the results and proceeds of such services. You agree to execute and deliver to Company, and to cause each Person rendering services in connection with such Recordings to execute and deliver to Company: (i) all documents required to apply for and obtain, and on obtaining same (if applicable), to assign to Company, all copyrights and renewals and extensions thereof with respect to such Recordings, including written assignments to Company (in a form satisfactory to Company) of all sound recording copyright rights (including renewal and extension rights) such Person may have; and/or (ii) such other instruments as Company deems necessary to effectuate and/or record ownership of rights hereunder with the U.S. Copyright Office or elsewhere. You and Artist hereby irrevocably grant to Company a power of attorney, as your agent and attorney-in-fact, to execute such documents and instruments in your name, and the name of Artist and/or all other Persons rendering services in connection with such Recordings and to dispose of such documents and instruments, which power of attorney may only be exercised if you or Artist fail to execute and deliver to Company any document which Company may reasonably submit to you or Artist for execution within seven (7) Business Days after such document is submitted to you or Artist. Upon your written request, Company will furnish you with a copy of any such documents and instruments signed in your or Artist's name, provided that Company's inadvertent, non-repetitive failure to do so shall not constitute a breach of this agreement nor shall it impair Company's rights to the Recordings hereunder. You acknowledge that Company's agency and power are coupled with an interest. As between Company and you and Artist, Company shall be the owner in perpetuity for the Territory of all Artwork.

(b)    Company and each Person authorized by Company shall have the perpetual right, without cost or any other liability to you or any other Person, to use and to authorize other Persons to use the names (including any professional names heretofore or hereafter adopted), and any likenesses, whether or not current (including photographs, portraits, caricatures and stills from any Artwork or Videos made hereunder), autographs (including facsimile signatures) and biographical material of or relating to Artist, to any producer and to any other Person performing services in connection with Recordings hereunder, on and in the packaging of Records, and for purposes of advertising, promotion and trade and in connection with the marketing and exploitation of such Recordings and Records and general goodwill advertising, without payment of additional compensation to you, Artist or any other Person.

(c)    Company shall have the exclusive right throughout the Territory during the Web Site Term, free from any claims whatsoever by you, Artist or any other Person: (i) to establish and maintain a site (the "**Company-Artist Site**," which term shall include the content of such site) on the Internet having the address (i.e., Uniform Resource Locator, or "**URL**") guccimane.com" or any similar designation based on or containing Artist's professional name as you and Company shall mutually approve; provided that, you shall be obligated to approve at least one URL which is available and which contains Artist's professional name (the "**Artist URL**") and to utilize Artist's professional name in connection with such Artist URL; (ii) to couple the Artist URL with any such other appropriate suffixes (e.g., top-level domains such as .com, .net, .co.uk, etc.), which Company determines in its sole discretion are necessary or desirable and to register the Artist URL and any such suffixes in Company's name in any and all territories with the appropriate entities and to secure any and all renewals and extensions thereof on your behalf, it being understood that you and Artist hereby appoint Company as your attorney-in-fact for such

35237.4/CZ/11/16/06

- 4 -

15.    <u>**WARRANTIES AND REPRESENTATIONS; INDEMNITIES**</u>

(a)    You warrant, represent and agree that:

(i)    You and Artist have the right and legal capacity to enter into, execute and implement this agreement, and you and Artist are not subject to any prior obligations or agreements, whether as a party or otherwise, which would restrict or interfere in any way with the full and prompt performance of your obligations hereunder. You and Artist shall fulfill all of your obligations under this agreement in a timely manner;

(ii)    No Person other than Company has any right to use, and during the Term no Person other than Company shall be authorized to use, any existing unreleased Recordings embodying Artist's performances for making, promoting or marketing Records;

(iii)    Company shall not be required to make any payments of any nature for or in connection with the acquisition, exercise or exploitation of any of Company's rights hereunder, except as otherwise specifically set forth in this agreement;

(iv)    The Materials or any use thereof shall not violate any law or infringe upon or violate the rights of any Person (including contractual rights, copyrights, rights of publicity and rights of privacy); and each track-by-track list identifying the performers on and timings of (and titles, writers and publishers of each Composition embodied on) each Master hereunder and describing their performances which you furnish to Company is and shall be true, accurate and complete. "**Materials**" as used in this paragraph 15(a)(iv) means: Recordings hereunder (including any Samples embodied therein); all

35237.4/CZ/11/16/06

Compositions; each name used by Artist, individually or as a group, in connection with Recordings hereunder; all photographs and likenesses of Artist; and all other musical, dramatic, artistic and literary materials, ideas and other intellectual properties contained in or used in connection with any Recordings hereunder or their packaging, sale, distribution, advertising, publicizing or other exploitation. Company's acceptance and/or utilization of Recordings, Materials or track-by-track lists hereunder shall not constitute a waiver of your representations, warranties or agreements in respect thereof or a waiver of any of Company's rights or remedies;

      (v)    No changes in the personnel comprising Artist will be made without Company's prior written consent. Neither you nor Artist shall, during the Term, assign or otherwise permit Artist's professional name set forth on Page 1 (the "**Artist Name**"), or any other professional name(s) utilized by Artist, to be used by any other individual or group of individuals without Company's prior written consent, and any attempt to do so shall be null and void and shall convey no right or title. You hereby warrant and represent that: (A) Artist is and shall be the sole owner of the Artist Name and all other professional names used by Artist in connection with Recordings hereunder; (B) no Person other than Company has, or shall have, the right to use such names and Artist's likenesses or to permit such names and Artist's likenesses to be used in connection with Records or Recordings at any time during the Term; (C) you and Artist have the authority to and hereby grant Company the exclusive right to use such names in the Territory in accordance with all of the terms and conditions of this agreement; and (D) you will not permit Artist to use (and Artist shall not use) any professional name other than the Artist Name during the Term without Company's prior written consent, which may be withheld for any reason. If any Person challenges Artist's right to use a professional name (including the Artist Name) or if Company determines in its reasonable good faith discretion that any such professional name (including the Artist Name) is not available for use by Company hereunder in any portion of the Territory or that its availability in any portion of the Territory is in question, then you and Artist shall, at Company's request, promptly designate another professional name to be used by Artist, such other professional name to be subject to Company's prior written consent; upon Company's written consent of any such professional name, such name shall be deemed to be the Artist Name for purposes of this agreement. Notwithstanding anything to the contrary contained in this paragraph 15(a)(v), Company's failure to object to Artist's use of any professional name (including the Artist Name) or Company's approval of Artist's use of any such name, shall not constitute a waiver by Company of any of your or Artist's warranties and representations hereunder;

      (vi)    During the Term, Artist shall not perform for, and neither you nor Artist shall authorize or knowingly permit Artist's performances to be recorded and/or transmitted by, any Person for any purpose, without an express written agreement with such Person for Company's benefit that: (A) prohibits the use of such performance and/or Recording for: (I) making, promoting, or marketing Recordings or Records (provided that this paragraph 15(a)(vi)(A) shall not preclude Artist from performing for analog television broadcasts and no rights are granted with respect to such performances other than analog television broadcast rights); (II) digital broadcasts or other transmissions, distributions or other communications now or hereafter known, including webcasts; and (III) any form of transmission or broadcast of Recordings by any means which permits the consumer to access the Recording concerned (whether in isolation or with other Recordings) on demand or via repetitive broadcast enabling the consumer to choose the approximate time at which to access the Recording concerned, including television broadcast, cable transmission and/or transmission via the Internet; and (B) specifically provides that, if a Recording is made of Artist's performance, such Recording is made for the benefit, and is the exclusive property, of Company. You shall furnish Company with a fully-executed copy of each such agreement promptly following the execution thereof. Notwithstanding the foregoing, Artist shall have the right to perform as an actor in motion pictures or other visual media, the contents of which are dramatic and non-musical or non-dramatic and non-musical in nature;

      (vii)    (A)    Artist shall not perform or render any services and neither you nor Artist shall authorize the use of Artist's name, likeness or other identification for the purpose of distributing, selling, advertising or exploiting Records for any Person other than Company during the Term in the

35237.4/CZ/11/16/06

- 21 -



Territory. Notwithstanding the immediately preceding sentence, It is understood and agreed that Big Cat shall be entitled to use Artist's name, likeness or other identification for the purpose of distributing, selling, advertising or exploiting those Records that were recorded for Big Cat prior to the date of this agreement.

(d)      Company may assign this agreement to: (i) any parent, subsidiary, sister corporation, joint venture partner or affiliate thereof, or other affiliate of Company; (ii) a Person acquiring all or substantially all of the Record-related assets of Company; or (iii) an entity merged into or consolidated with Company.  The foregoing shall not prohibit or in any way restrict Company from assigning or licensing any of its rights hereunder in the ordinary course of business.  This agreement is personal to you and Artist, and neither you nor Artist shall have the right to assign this agreement or any of your or Artist's rights or obligations hereunder; provided that, you may assign your rights under this agreement to a corporation, all of whose capital stock is owned solely by you or Artist, provided: (A) you have delivered to Company an instrument signed by you and Artist and any other required Person satisfactory to Company in its sole discretion effecting the assignment and the assignee's assumption of your obligations, and Company has executed that instrument to evidence Company's approval of it; (B) no such assignment relieves you or Artist of your or Artist's obligations under this agreement; and (C) such assignee agrees that any further assignment is subject to the same conditions as set forth in this paragraph.

(e)      **THIS AGREEMENT SHALL BE DEEMED TO HAVE BEEN MADE IN THE STATE OF NEW YORK AND ITS VALIDITY, CONSTRUCTION, PERFORMANCE AND BREACH SHALL BE GOVERNED BY THE LAWS OF THE STATE OF NEW YORK APPLICABLE TO AGREEMENTS MADE AND TO BE WHOLLY PERFORMED THEREIN.**  You agree to submit yourself to the jurisdiction of the federal or state courts located in New York City in any action which may arise out of this agreement and such courts shall have exclusive jurisdiction over all disputes between Company and you or Artist pertaining to this agreement and all matters related thereto.  In this regard, any process in any action or proceeding commenced in the courts of the State of New York arising out of any claim, dispute or disagreement under this agreement may, among other methods, be served upon you by delivering or mailing the same, via registered or certified mail, addressed to you at the address provided herein for notices to you; any such delivery or mail service shall be deemed to have the same force and effect as personal service within the State of New York.  Nothing contained in this paragraph shall preclude Company from joining you or Artist in an action brought by another Person against Company in any jurisdiction, although Company's failure to join you or Artist in any such action in one instance shall not constitute a waiver of any of Company's rights with respect thereto or with respect to any subsequent action brought by a third party against Company.  Nothing contained herein shall constitute a waiver of any other remedies available to Company.

(f)      This agreement shall not become effective until executed by all parties.

IN WITNESS WHEREOF, the parties hereto have executed this agreement as of the day and year first above written.

Executed this ___ day of November, 2006.

ATLANTIC RECORDING CORPORATION

By: _____

CZAR ENTERTAINMENT, INC.

By: _____
         An Authorized Signatory

*Waverly Coleman*
(please print name)

35237.4/CZ/11/16/06

- 33 -

**EXHIBIT A**

Artist Inducement Letter to the Agreement dated as of November 17, 2006
between Atlantic Recording Corporation and Czar Entertainment, Inc.

Atlantic Recording Corporation
1290 Avenue of the Americas
New York, New York 10104

Gentlepersons:

Reference is made to the agreement between So Icey Entertainment, Inc. ("**So Icey**") and Czar
Entertainment, Inc. ("**Productions**") relating to my exclusive services as a recording artist ("**Artist
Agreement**"). Reference is further made to the agreement between you and Productions dated
November 17, 2006 relating to my exclusive services as a recording artist (the "**Recording Agreement**").
Capitalized terms herein which are used but not otherwise defined herein shall have the meanings
ascribed to them in the Recording Agreement. In order to induce you to execute the Recording
Agreement (it being to my benefit as a recording artist that you execute same) and to pay good and
valuable consideration inuring to my benefit under the Recording Agreement, I, on behalf of myself and
So Icey, hereby agree as follows:

     1.     I warrant and represent that: (a) I have read this Artist Inducement Letter ("**this
agreement**"), the Artist Agreement and the Recording Agreement carefully. Prior to my execution of this
agreement and the Artist Agreement and prior to execution by you and Productions of the Recording
Agreement, I have had the opportunity to consult independent counsel of my own choice for the purpose
of having the legal effect of each of the provisions contained in this agreement, the Artist Agreement and
the Recording Agreement explained to me, and I have either so consulted such independent counsel or
knowingly and voluntarily waived my right to do so; (b) I understand that this agreement and the Artist
Agreement are legally binding documents and that I am bound by the provisions contained in this
agreement and the Artist Agreement; and (c) I assent to the execution of the Recording Agreement,
agree to be bound by all grants, restrictions, and other provisions of the Recording Agreement relating to
me and affirm all warranties and representations in the Recording Agreement which relate to me including
those in paragraph 15(a) of the Recording Agreement.

     2.     (a)     I hereby guarantee, absolutely and unconditionally, the full performance by
Productions of all of the obligations of Productions in the Recording Agreement relating to my services
and in and to the results and proceeds of my services and I agree to perform for your benefit all of the
obligations relating to my services which were granted by Productions to you in the Recording Agreement
and/or were granted by me to Productions in the Artist Agreement. I further grant to you all of the rights
and remedies relating to my services in and to the results and proceeds of my services which were
granted by Productions to you in the Recording Agreement and/or were granted by me to Productions in
the Artist Agreement and you shall have the right, in addition to any other remedies available to you at
law or in equity or by reason of this agreement, the Artist Agreement and/or the Recording Agreement, to
specifically enforce the provisions of the Recording Agreement and/or Artist Agreement against me
directly.

     (b)     Subject to the terms, conditions and restrictions of the Recording Agreement, I
shall exclusively render my services for you and/or you and Productions in connection with the
production, recording and making of Recordings and I shall not render my services or otherwise perform
in any capacity whatsoever for any Person other than you and/or you and Productions for the purpose of
producing, recording and making Recordings.

(c)     Without limiting any of the rights granted by Productions in the Recording Agreement, all Recordings embodying my performances recorded during the Term or submitted by me or Productions under the Recording Agreement from the inception of the recording thereof, and all reproductions derived therefrom, together with the performances embodied thereon, shall be your property in perpetuity for the Territory free from any claims whatsoever by me, Productions or any other Person. You shall have the exclusive right throughout the Territory to copyright those Recordings under the Recording Agreement in your name as the author and owner of them and to secure any and all renewals and extensions of copyright throughout the Territory. Each of those Recordings shall be considered a "work made for hire" for you; if for any reason any one (1) or more of those Recordings is determined not to be a "work made for hire," then I and Productions hereby irrevocably grant, transfer, convey and assign to you the entirety of the rights, titles and interests throughout the Territory, including the copyright, any and all renewals and extensions of copyright, and the right to secure copyright registrations therefor, in and to all of those Recordings. I and Productions hereby irrevocably and unconditionally waive any and all so-called droit moral and like rights that I or Productions have in the Recordings and in the performances embodied thereon and hereby agree not to make any claim against you or any Person authorized by you to exploit those Recordings based on such moral or like rights. Without limiting the foregoing and subject to the terms and conditions of the Recording Agreement, you and all Persons authorized by you shall have the exclusive and unlimited rights to own, control and exploit my services as a recording artist during the Term and to all the results and proceeds of such services. I agree to execute and deliver to you, and to cause each Person rendering services in connection with such Recordings to execute and deliver to you: (i) all documents required to apply for and obtain, and on obtaining same (if applicable), to assign to you, all copyrights and renewals and extensions thereof with respect to such Recordings, including written assignments to you (in a form satisfactory to you) of all sound recording copyright rights (including renewal and extension rights) such Person may have; and/or (ii) such other instruments as you deem necessary to effectuate and/or record ownership of rights hereunder with the U.S. Copyright Office or elsewhere. I hereby irrevocably grant to you a power of attorney, as my agent and attorney-in-fact, to execute the aforementioned instruments in my name, and in the name of Productions and/or all other Persons rendering services in connection with such Recordings and to dispose of such instruments, which power of attorney may only be exercised if I or Productions fail to execute and deliver to you any document which you may reasonably submit to me or Productions for execution. I acknowledge that your agency and power are coupled with an interest.

(d)     You and any Person authorized by you shall have the perpetual right, without cost or any other liability to you or any other Person, to use and to authorize other Persons to use the names (including any professional names heretofore or hereafter adopted), and any likenesses, whether or not current (including photographs, portraits, caricatures and stills from any Artwork or Videos made under the Recording Agreement), autographs (including facsimile signatures) and biographical material of or relating to me, to any producer and to any other Person performing services in connection with Recordings under the Recording Agreement, on and in the packaging of Records, and for purposes of advertising, promotion and trade and in connection with the marketing and exploitation of Recordings and general goodwill advertising, without payment of additional compensation to me, Productions or any other Person.

(e)     I shall not, during the Term, assign or otherwise permit my professional name (the "**Artist Name**"), or any other professional name(s) utilized by me, to be used by any other individual or group of individuals without your prior written consent, and any attempt to do so shall be null and void and shall convey no right or title. I hereby warrant and represent that: (i) I am and shall be the sole owner of the Artist Name and all other professional names used by me in connection with Recordings under the Recording Agreement; (ii) no Person other than you has, or shall have, the right to use such names and my likenesses or to permit such names and my likenesses to be used in connection with Records or Recordings at any time during the Term; (iii) Productions has the authority to grant you the exclusive right to use such names in the Territory in accordance with all of the terms and conditions of the Recording Agreement and you shall have the exclusive right to use such names as set forth in the Recording Agreement; and (iv) I will not use any professional name other than the Artist Name during the Term

without your prior written consent, which may be withheld for any reason. If any Person challenges my right to use a professional name (including the Artist Name), or if you determine in your reasonable good faith discretion that any such professional name (including the Artist Name) is not available for use by you hereunder in any portion of the Territory or that its availability in any portion of the Territory is in question, then I shall, at your request, promptly designate another professional name to be used by me, such other professional name to be subject to your prior written consent; upon your written consent to any such professional name, such name shall be deemed to be the Artist Name for purposes of this agreement and the Recording Agreement.

3.    If: (a) Productions fails or refuses to perform its obligations to you pursuant to the Recording Agreement for any reason or Productions ceases to be entitled to my services for any reason; (b) I fail or refuse to perform my obligations to Productions pursuant to the Artist Agreement for any reason; (c) any dispute arises between me and Productions with respect to Productions' entitlement to my services pursuant to the Artist Agreement or my willingness to perform for Productions pursuant to the Artist Agreement; (d) any party asserts, claims or otherwise takes the position that the Recording Agreement and/or Artist Agreement is terminated, rescinded, void, voidable or invalid in any way; or (e) Productions dissolves, otherwise ceases to exist, is liquidated or files a petition for relief or similar petition under Title 11 of the United States Code, state law or other operative statute (collectively, the "**Bankruptcy Code**") or an order for relief is entered in respect of any such petition filed against Productions under the Bankruptcy Code or if Productions consents, acquiesces or takes any action in support of such a petition, I shall fully comply with and perform under this agreement and, in addition, you shall have the right, but not the obligation, at your sole election (to which I irrevocably consent), to require that I render my services directly to you, pursuant to the terms and conditions of the Recording Agreement subject to the following: (i) if any of the monies (e.g., recording costs, advances, etc.) payable to me or on my behalf by Productions pursuant to the Artist Agreement (the "**Artist Agreement Advances**") are less than the corresponding monies (e.g., Recording Costs, Advances, etc.) payable to Productions pursuant to the Recording Agreement (the "**Recording Agreement Advances**"), the lower Artist Agreement Advances shall be deemed substituted for the Recording Agreement Advances in the Recording Agreement; and (ii) if royalties payable to me or on my behalf (or, with respect to mechanical royalties, to or on behalf of me or my publishing designee) by Productions pursuant to the Artist Agreement (the "**Artist Agreement Royalties**") are less than the corresponding royalties payable to or on behalf of Productions (or, with respect to mechanical royalties, to or on behalf of Productions' or my publishing designee) pursuant to the Recording Agreement (the "**Recording Agreement Royalties**"), the lower Artist Agreement Royalties shall be deemed substituted for the Recording Agreement Royalties in the Recording Agreement. You agree that if the Artist Agreement Advances and/or the Artist Agreement Royalties are substituted in the Recording Agreement pursuant to the immediately preceding sentence and Productions' royalty account is in an unrecouped position as of the date you exercise your right pursuant to this paragraph 3 to require that I render my services directly to you, such unrecouped balance as it applies to me shall be reduced by twenty-five percent (25%). If you exercise your right pursuant to this paragraph 3 to require that I render my services directly to you, I agree that: (A) I shall render my services directly to you, as if I were substituted for Productions as a party to the Recording Agreement as modified pursuant to this paragraph 3; (B) I shall be deemed to have entered into the Recording Agreement with you as of the effective date of the Recording Agreement on all of the terms and conditions of the Recording Agreement as modified pursuant to this paragraph 3; and (C) the terms of the Recording Agreement shall be fully enforceable against me notwithstanding the occurrence of any of the events specified in paragraphs 3(a) through (e) herein. Upon the occurrence of any of the events listed in paragraph 3(e) herein, within ten (10) days thereof, I shall file or cause to be filed a motion to compel Productions' assumption or rejection of the Artist Agreement as provided for in the Bankruptcy Code, state law or other operative statute. Furthermore, I shall provide my support, in writing or as otherwise requested by you, to compel the assumption or rejection of the Recording Agreement.

4.    In the event of an actual or alleged default or breach by Productions in performing any of its obligations under the Artist Agreement, I shall send Productions specific notice by registered or certified mail, return receipt requested, of the nature of such actual or alleged default or breach and,

35237.4/CZ/11/16/06

- 36 -



simultaneously therewith, duplicate notices, in the same manner, to you at 1290 Avenue of the Americas, New York, NY 10104, Attention:  Senior Vice President, Business & Legal Affairs.

5.    With the exception of any monies due to me as a result of any exercise of your rights pursuant to paragraph 3 herein, I agree that I shall look solely to Productions for the payment of all monies payable to me by reason of rendering my services in accordance with the Artist Agreement and the Recording Agreement, that you shall have no responsibility to me therefor whatsoever, and that I shall not assert any claim in this regard against you or attempt to prevent the manufacture, sale, distribution or exploitation of Records or other derivatives manufactured from Masters or other Recordings subject to the Recording Agreement.

6.    I expressly acknowledge that my services as a recording artist are of a special, unique intellectual and extraordinary character which gives them peculiar value, and that in the event of a breach or threatened breach by me of any term, condition, representation, warranty, agreement or covenant of this agreement, the Artist Agreement or the terms of the Recording Agreement applicable to me, you shall be caused immediate irreparable injury, including loss of goodwill and harm to reputation, which cannot be adequately compensated in monetary damages.  Accordingly, in the event of any such breach, actual or threatened, you shall have, in addition to any other legal remedies, the right to injunctive or other equitable relief.  I may not assign this agreement or the Recording Agreement or the Artist Agreement, or assign or delegate any rights, privileges or obligations hereunder or under the Recording Agreement or the Artist Agreement, in whole or in part (other than as expressly permitted under paragraph 24(d) of the Recording Agreement), without your prior written consent.  Any actual or attempted assignment of this agreement, the Recording Agreement and/or the Artist Agreement or any interest in any such agreement by me in violation of this paragraph shall be null, void and of no effect.

7.    I warrant and represent that I am a United States citizen and am eighteen (18) years of age or older, that I have the right and power to enter into this agreement and to fully perform for you pursuant to this agreement, the Artist Agreement and those provisions of the Recording Agreement relating to me, that I have the right to grant you all of the rights granted in the Artist Agreement, in this agreement and those provisions of the Recording Agreement relating to me, and that none of this agreement, the Artist Agreement or those provisions of the Recording Agreement relating to me or any performance of mine thereunder shall be in violation of the rights of any other Person.  I acknowledge that you would not have entered into the Recording Agreement without my execution of this agreement and, therefore, I warrant, represent and agree that I have not entered into (nor will enter into) any contract or commitment in conflict with any of the provisions of this agreement, the Artist Agreement or the Recording Agreement or that might interfere with or impair your rights under this agreement or the Recording Agreement.  This agreement cannot be amended, modified, waived or canceled, in whole or in part, except by a written instrument signed by an authorized officer on your behalf.  Any provision of this agreement which imposes an obligation following the termination or expiration of this agreement shall survive such termination or expiration and shall continue to be binding upon the parties to this agreement. Each and every provision of this agreement shall be considered severable, and if for any reason any provision or provisions herein are determined to be indefinite, invalid, contrary to any applicable existing or future laws or otherwise unenforceable, that shall not impair the operation or effect of any other portion of this agreement, and this agreement shall be deemed modified, but only to the extent necessary to make the provision enforceable.  This agreement shall be binding upon and inure to the benefit of the parties, their heirs, successors and assigns.  Neither the expiration nor any other termination of this agreement, the Recording Agreement or the Artist Agreement shall affect your ownership of the results, proceeds and products of the services rendered by me under this agreement, the Artist Agreement or the Recording Agreement or alter any of your rights or privileges and/or any warranty or undertaking on my part in connection with such results, proceeds and products.  No delay on your part in exercising any right or remedy in connection with this agreement shall constitute a waiver of your rights against me; the failure by you to give notice or demand to me in connection with either any of your rights or remedies under this agreement or any failure by me to comply with my obligations under this agreement shall not be deemed a waiver of my obligations or of your right to take further action without notice or demand to me.  No

failure by you to keep or perform any term, covenant or condition of this agreement shall be deemed to be a waiver of any preceding or succeeding breach of the same or any other term, covenant or condition of this agreement, nor constitute a waiver of the term, covenant or condition itself. No failure by you to exercise any of your rights granted by this agreement shall operate as waiver of those rights or any other rights or remedies. Your exercise of any of your rights and remedies under this agreement is not conditioned upon your pursuit of any remedy you may have against Productions or any other Person. The parties hereto acknowledge and agree that: (a) each party and its counsel reviewed and negotiated the terms and provisions of this agreement and have contributed to its revision; (b) the rule of construction that any ambiguities are resolved against the drafting party shall not be employed in the interpretation of this agreement; and (c) the terms and provisions of this agreement shall be construed fairly as to all parties, regardless of which party was generally responsible for the preparation of this agreement.

8.     I shall and do hereby indemnify, save and hold you, your parents, affiliates, divisions, successors, licensees and assigns and the officers, directors and employees of any of the foregoing (collectively, the "**Indemnitees**") harmless from any and all loss, damage and liability (including court costs and reasonable attorneys' fees) arising out of, connected with or as a result of: (a) any act or omission by Productions or me (or any of our respective agents); or (b) any inconsistency with, failure of, or breach or threatened breach by me of any warranty, representation, agreement, undertaking or covenant contained herein or in the Artist Agreement or the Recording Agreement insofar as such provisions apply to me. My liability under the aforesaid assent and agreement to be bound, guarantee and indemnify is direct and immediate and not conditioned or contingent upon the pursuit by the Indemnitees of any remedy you or they may have against me and/or Productions.

9.     You shall have the right to secure insurance with respect to me for your own benefit. In this connection, I agree to make myself reasonably available for physical examinations by a physician as and when reasonably requested to do so and to complete such questionnaires and other documents which you or any insurance carrier may from time to time require in connection with securing and maintaining such insurance.

10.     To the extent any provision of this agreement conflicts in any way with any provision of the Artist Agreement, the provisions of this agreement shall be controlling.

11.     **THIS AGREEMENT SHALL BE DEEMED TO HAVE BEEN MADE IN THE STATE OF NEW YORK AND THE VALIDITY, CONSTRUCTION, PERFORMANCE AND BREACH OF THIS AGREEMENT SHALL BE GOVERNED BY THE LAWS OF THE STATE OF NEW YORK APPLICABLE TO AGREEMENTS MADE AND TO BE WHOLLY PERFORMED THEREIN.** I agree to submit to the sole and exclusive jurisdiction of the federal or state courts located in New York in any action which may arise out of this agreement and all matters related thereto and such courts shall have exclusive jurisdiction over all disputes between you and Productions and/or me pertaining to this agreement and all matters related thereto. In this regard, any process in any action or proceeding commenced in the courts of the State of New York arising out of any claim, dispute or disagreement under this agreement and all matters related thereto may, among other methods, be served upon me by delivering or mailing the same, via registered or certified mail, addressed to me at the following address:

To:    Radric Davis & So Icey     c/o Doug Davis, Esq.
                                  The Davis Firm, PLLP
                                  7 West 22nd Street, 4th Floor
                                  New York, NY 10010

Any such delivery or mail service shall be deemed to have the same force and effect as personal service upon me within the State of New York. Nothing contained in this paragraph 11 shall constitute a waiver of any other remedies available to you or preclude you from joining Productions or me in an action brought

35237.4/CZ/11/16/06



by another Person against you in any jurisdiction, although your failure to join Productions or me in any such action in one instance shall not constitute a waiver of any of your rights with respect thereto, or with respect to any subsequent action brought by another Person against you.

If the foregoing is in accordance with your understanding, please sign below.

Executed this ___ day of _____, 2006.

Very truly yours,

_____
Radric Davis
Social Security #: 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

p/k/a "Gucci Mane"

SO ICEY ENTERTAINMENT, INC.

By:_____
    An Authorized Signatory

ACCEPTED AND AGREED TO:

ATLANTIC RECORDING CORPORATION

By:_____

CZAR ENTERTAINMENT, INC.

By:_____

35237.4/CZ/11/16/06

- 39 -

by another Person against you in any jurisdiction, although your failure to join Productions or me in any such action in one instance shall not constitute a waiver of any of your rights with respect thereto, or with respect to any subsequent action brought by another Person against you.

If the foregoing is in accordance with your understanding, please sign below.

Executed this ___ day of _____, 2006.

Very truly yours,

Radric Davis
Social Security #: _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_

p/k/a "Gucci Mane"

SO ICEY ENTERTAINMENT, INC.

By: _____
    An Authorized Signatory

ACCEPTED AND AGREED TO:

ATLANTIC RECORDING CORPORATION

By: _____

CZAR ENTERTAINMENT, INC.

By: _____

Exhibit 4

**From:** Scott, Margo
**Sent:** Wednesday, March 26, 2008 2:02 PM
**To:** 'wallace collins'
**Cc:** Robinson, Mark; 'rjoseph@rjml.net'; Kushner, Michael
**Subject:** RE: track clearance?

Atlantic has exclusive recording agreements or exclusive license agreements with respect to all of the artists described in the below track listing other than (i) Lil Boosie, whose recordings are exclusively controlled by our affiliated company Asylum, and (ii) J. Holiday. Accordingly, your client may not release or otherwise exploit this mixtape or any of the recordings embodied thereon without Atlantic's prior written consent, and Atlantic will aggressively pursue any release or other exploitation in contravention of its rights.

I'm copying Mark Robinson (for Asylum) and Rick Joseph (for Slip-N-Slide Records, the licensor of Plies's recordings) so that they are aware of the below, and am naturally reserving all rights.

**From:** wallace collins [mailto:wallace10019@yahoo.com]
**Sent:** Wednesday, March 26, 2008 11:36 AM
**To:** Scott, Margo
**Subject:** track clearance?

Margo

Greetings - hope all is well!

A client of mine, Aqua Interests, has asked that I run a list of tracks for its next mixtape by each of the "majors" to make sure that its Replicheck reading on these tracks is correct, and that they are not claimed by anyone.

Disc 1-Track List
1. They Know (Remix) – Feat Plies (1:10)
2. Me Love Remix – Feat Plies (3:24)
3. Bed Remix – Feat Plies Feat. J. Holiday (4:02)
4. Stop Hidin – Feat Plies Feat. T.I. (1:35)
5. In Love With Money - Feat Plies (3:00)
6. Get You Wet - Feat Plies Feat. Pleasure (3:31)
7. Where He At - Feat Plies (3:57)
8. Committed To Being A Real Nigga - Feat Plies (3:29)
9. Chopper Zone - Feat Plies Feat. Lil Boosie (3:23)
10. Rob Yo Pussy Ass - Feat Plies (2:58)
11. Take Off - Feat Plies (3:19)
12. Most Anticipated - Feat Plies (3:27)
13. Duck Down - Feat Plies (1:29)
14. Shawty Remix - Feat Plies Feat. Pleasure and Trey Songz (4:06)
15. Tuck Ya Ice - Feat Plies (1:39)

Let me know if any of these have any connection to Atlantic - or call me to discuss at 212-245-7300

Regards

WC


Wallace Collins, Esq.
T: 212-245-7300

www.wallacecollins.com

Exhibit 5

ATLANTIC

March 28, 2008

**BY FACSIMILE AND CERTIFIED MAIL R.R.R.**

Wallace Collins, Esq.
Serling, Rooks & Ferrara
254 West 54th Street,
14th Floor
New York, NY 10019

RE:    **AQUA INTEREST MIXTAPE**

Dear Wallace:

You have advised us that your client, Aqua Interest ("Aqua"), is contemplating the release and distribution of an album (the "Album") embodying various recordings (the "Recordings") performed by various recording artists, including the artists professionally known as Plies, T.I., Pleasure and Trey Songz (the "Artists"). Please be advised that each of the Artists is the subject of an exclusive recording or licensing agreement (each, an "Agreement") with Atlantic Recording Corporation ("Atlantic"), pursuant to which Atlantic owns or is the exclusive licensee of all audio recordings made during the term thereof.

This letter will place Aqua on formal notice that Atlantic has not consented to or otherwise authorized Aqua's exploitation of the Recordings on the Album or otherwise. Accordingly, if Aqua were to exploit the Recordings, such exploitation would interfere with the Agreements and violate Atlantic's rights under the Copyright Act and other laws, entitling Atlantic to significant damages, attorneys' fees and costs against Aqua.

Nothing contained herein or omitted herefrom shall expressly or impliedly constitute a waiver of any of Atlantic's rights, claims or remedies, all of which are hereby expressly reserved.

Please excuse the required formality of this letter.

Very truly yours,

Lynn Gonzalez
Associate Director
Business & Legal Affairs

cc:    Michael Kushner, Margo Scott

Exhibit 6

*ATLANTIC*

April 24, 2008

**BY FACSIMILE (281-348-0848) & CERTIFIED MAIL RRR**

Mr. Harald Blakeslee
Managing Director
BCD Music Group, Inc.
1621 Lakeville Drive
Kingwood, TX 77339

Re:   **PLIES MIXTAPE/ CEASE AND DESIST**

Dear Mr. Blakeslee:

Atlantic Recording Corporation ("Atlantic") has learned that BCD Music Group, Inc. ("BCD") is distributing and otherwise exploiting an album titled "Real Definitions" (the "Album") which includes the following master recordings: "They Know (Remix)", "Me Love (Remix)", "Bed (Remix)", "Stop Hidin'", "In Love With Money", "Get You Wet", "Where He At", "Committed to Being a Real Nigga", "Chopper Zone", "Rob Yo P***y A*s", "Take Off", "Most Anticipated", "Duck Down", "Shawty Remix" and "Tuck Ya Ice" (the "Unauthorized Masters"), all of which feature the performances of Al Gernod L. Washington p/k/a "Plies" and certain of which include guest appearances "T.I.", "Pleasure" and/or "Trey Songs" (collectively, the "Artists"). Please be advised that each of the Artists is the subject of an exclusive recording or licensing agreement (each, an "Agreement") with Atlantic, pursuant to which Atlantic owns or is the exclusive licensee of all audio recordings made during the term thereof.   Please be further advised that Atlantic never authorized or otherwise consented to BCD's exploitation of the Unauthorized Masters on the Album or otherwise.  Accordingly, BCD's exploitation of the Unauthorized Masters, including, without limitation, the distribution of the Album, violates Atlantic's rights under the Copyright Act and other laws and entitles Atlantic to significant damages, attorneys' fees and costs against BCD.

In light of the above, Atlantic demands that BCD immediately (i) ceases and desists from the sale, distribution and all other exploitation of the Album; (ii) recalls all copies of the Album that have been shipped; (iii) cancels all orders for the Album; (iv) destroys all copies of the Album in its possession, custody or control; and (v) renders an accounting to Atlantic for all sales of the Album.  If BCD does not provide written confirmation that it has completed the foregoing by the close of business on Wednesday, April 30, 2008, Atlantic will conclude that all steps short of litigation have been exhausted and may commence a lawsuit against BCD without further notice.

Nothing herein is intended to be, nor should be construed as, a complete statement of the facts or a waiver of any of Atlantic's rights or remedies, whether legal or equitable, all of which are expressly reserved.

Very truly yours,

Lynn Gonzalez
Associate Director, Business & Legal Affairs

cc:    Michael Kushner, Margo Scott

Exhibit 7

**From:** wallace collins [mailto:wallace10019@yahoo.com]
**Sent:** Friday, April 25, 2008 9:24 AM
**To:** Scott, Margo
**Subject:** bcd

Looks like now BCD is a client

wc


Wallace Collins, Esq.
T: 212-245-7300

www.wallacecollins.com

Exhibit 8







1. They Know (Remix)
2. Me Love Remix
3. Bed Remix – Plies Feat. J.Holiday
4. Stop Hidin – Plies Feat. T.I.
5. In Love With Money
6. Get You Wet – Plies Feat. Pleasure
7. Where He At
8. Committed To Being A Real Nigga
9. Chopper Zone – Plies Feat. Lil Boosie
10. Rob Yo Pussy Ass
11. Take Off
12. Most Anticipated
13. Duck Down
14. Shawty Remix – Plies Feat.
Pleasure and Trey Songz
15. Tuck Ya Ice



**1621 Lakeville Drive**
**Kingwood TX 77339**
**USA 281-260-7777**

© 2008 Starz Music. All rights reserved. Made in the USA. FBI Warning: Unauthorized duplication is a violation of applicable laws.



6 86506 31672 4

Exhibit 9







PLIES

DEFINITION OF REAL

1. SPEEDIN REMIX FT. RICK ROSS
2. BUSS IT BABY (NEW SINGLE OFF DEFINITION OF REAL)
3. THEY KNOW REMIX
4. ME LOVE REMIX
5. BED REMIX FT. J HOLIDAY
6. STOP HIDIN FT. TI
7. IN LOVE WITH MONEY
8. GOT EM HATIN
9. YOU FT. TANK
10. HYPNOTIZED FT. AKON
11. GET YOU WET FT. PLEASURE
12. WATER
13. MURKIN SEASON
14. I'M SO HOOD
15. WHERE HE AT?
16. COMMITTED TO BEING A REAL NIGGA
17. CHOPPER ZONE FT. LIL BOOSIE
18. ROB YO PUSSY ASS
19. TAKE OFF
20. MOST ANTICIPATED
21. DUCK DOWN
22. I JUST WANT THE PAPER FT. BIGGIE
23. I WANNA FUCK YOU FT. AKON
24. SHAWTY FT. T PAIN
25. SHAWTY REMIX FT. PLEASURE & TREY SONGZ
26. TUCK YA ICE

CD ARTWORK BY
IMREALLYOPEN.COM

Exhibit 10

Amazon.com: Definition of Real: Plies: Music

Hello, Rachel Pasternak. We have recommendations for you. (Not Rachel?) Get FREE Two

| Rachel's Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards |

Music

**Music**

| Advanced Search | Browse Genres | New Releases | Top Sellers | Music Deals | Music You Should Hear | Mu Esse |

**You've qualified:** *Two-Day shipping* on this item is **FREE** with a free trial of Amazon Prime.

You qualify for a FREE trial of Amazon Prime



See larger image

## Definition of Real
Plies (Artist)

More about this product

List Price: ~~$18.98~~

Price: **$13.99** & eligible for **FREE Super Saver Shipping** on orders over $25. Details

You Save: $4.99 (26%)

☀ Special Offers Available
Pre-order Price Guarantee. Details

**This title will be released on June 10, 2008.**
Pre-order now!
Ships from and sold by **Amazon.com**. Gift-wrap available.

**Quantity:** 1 

(●) Pre-order this item today

or

Sign in to turn on 1-Click ordering.

[ Add to Wish List ▼ ]

[ Add to Shopping List ]

[ Add to Wedding Registry ]

[ Add to Baby Registry ]

[ Tell a friend ]

---

## Special Offers and Product Promotions

- Pre-order Price Guarantee! Order now and if the Amazon.com price decreases between your order time and the end of the day of the release date, you'll receive the lowest price. Here's how (restrictions apply)

---

## Customers Who Bought This Item Also Bought



Tha Carter III ~ Lil Wayne
$9.97



Savage Life 2 ~ Webbie
★★★★☆ (8) $13.99

## Product Details

**Audio CD** (June 10, 2008)

**Original Release Date:** June 10, 2008

**Number of Discs:** 1

**Label:** Atlantic

**ASIN:** B0017TBE9Y

**Amazon.com Sales Rank:** #27,309 in Music (See Bestsellers in Music)

Would you like to **update product info** or **give feedback on images**? (We'll ask you to sign in so we can get back to you)

## Track Listings

1. I'm Da Man
2. Ol' Lady
3. Bushes
4. Worth Goin FED Fo
5. Dat Bitch
6. Sombody (Loves You)
7. Feel Like Fuckin
8. Watch Dis
9. Who Hotter Than Me
10. 1 Day
11. Bust It Baby (Part 2)
12. Shit Bag
13. Please Excuse My Hands
14. Rich Folk
15. #1 Fan

## Editorial Reviews

### Product Description

Exhibit 11



**TOWER RECORDS.**
43rd Annual Academy of Country Music Awards

SEARCH  ADVANCED SEARCH

Music  

| HOME | MUSIC | VIDEO | BOOKS |

Advanced Search : Browse Styles : Top 100 Sellers : New & Upcoming Releases : Gift Ideas



Picture Not Available

🔖 BOOKMARK

## Definition Of Real (CD)
Plies (Artist)
More About this Product

**List Price:** ~~$18.98~~
**Tower Price: $13.29**
**You Save:** $5.69 (30%)

> ⟩ Buy Now  Click to go directly to the checkout.

This item qualifies for **FREE Shop N' Save Shipping for orders over $25.** Check shipping price.
**Availability:** Pre-order

## Product Description

**Category:** Music » Rap & Hip Hop » Rap & Hip Hop/General
**Format:** CD
**Release Date:** June 10, 2008
**Number of Discs:** 1
**Label:** Slip-N-Slide Records
**UPC:** 075678993268
**WAPI (Tower ID):** 112110105
**Average Customer Review:** There are no customer reviews yet. Be the first to write a review!
**Tower.com Sales Rank:** #10308 in Music (See Top 100 Music Bestsellers)
#276 in Rap & Hip Hop (See Top 100 Rap & Hip Hop Bestsellers)
#148 in Rap & Hip Hop/General (See Top 100 Rap & Hip Hop/General Bestsellers)

## Track Listing

### DISC 1 for Definition Of Real (CD) Album
1  Speedin' (Remix) - (remix, featuring Rick Ross)
2  Buss It Baby
3  They Know (Remix) - (remix)
4  Me Love (Remix) - (remix)
5  Bed (Remix) - (featuring J. Holiday)
6  Stop Hidin' - (featuring T.I.)
7  In Love With Money
8  Got 'Em Hatin'
9  You - (featuring Tank)
10  Hypnotized - (featuring Akon)

11  Get You Wet - (featuring Pleasure)
12  Water
13  Murkin Season
14  I'm So Hood
15  Where He At?
16  Committed To Being A Real Nigga
17  Chopper Zone - (featuring Lil' Boosie)
18  Rob Yo Pussy Ass
19  Take Off
20  Most Anticipated
21  Duck Down
22  I Just Want The Paper - (featuring The Notorious B.I.G.)
23  I Wanna Fuck You - (featuring Akon)
24  Shawty - (featuring T-Pain)
25  Shawty (Remix) - (remix, featuring Pleasure/Trey Songz)
26  Tuck Ya Ice

**More Albums by Plies (Artist)**

                    

The Real Testament (CD)         The Real Testament (Edited) (CD)      Definition Of Real (C
~ Plies (Artist)                ~ Plies (Artist)                     ~ Plies (Artist)

**If You Enjoy "Definition Of Real (CD)", May We Also Recommend:**

               

Struggle From The Subway To    Beat'n Down Yo Block (EXPLICIT)    Trilla (Vinyl)        To The Eas
The Charts (CD)                (CD)                               ~ Rick Ross (Artist)   ~ X·
~ Nuttin' But Stringz (Artist)  ~ UNK (Artist)

               

Dead Ringer (CD)               Blazing Arrow (CD)                 Ruthless (CD)         Nellyville
~ RJD2 (Artist)                ~ Blackalicious (Artist)           ~ Bizzy Bone (Artist)  ~ N

**Customer Reviews for "Definition Of Real (CD)" by Plies (Artist)**

There are no customer reviews yet. Be the first to write a review!

**SUBMIT YOUR REVIEW** ⟩

Exhibit 12

# BORDERS.

HOME    SHOP BORDERS.COM    ABOUT US    CAREERS    CUSTOMER CARE    BORDERS MAIL

SEARCH INVENTORY    STORE LOCATOR    MY STORES    EVENTS    BORDERS REWARDS



**store INVENTORY**

SEARCH INVENTORY

FOR plies

IN    Music

BY    Keyword

SEARCH TIPS

▶ GIFT CARDS
▶ SPECIAL OFFERS
▶ GROUP SAVINGS & SERVICES
▶ BORDERS VISA
▶ PRIVACY POLICY

## Title Detail

### Definition of Real

**Bibliographic Data:** 1 Compact Disc, Atlantic/WEA, June 2008

**Performer:** Plies

**Guest Artist:** Akon / Biggie

**List Price:** $18.99
In-store prices may vary. See your local store for the most up-to-date pricing.

**Status:** Not Yet Published

**BINC:** 9550317

**UPC:** 075678993268

**Shelf Location:** Multimedia Department > Rap > Rap/Hip Hop

**Store Availability**
To check availability at your favorite Borders store(s), you must first add a store.

Pre-order for in-store pickup



**BORDERS. rewards**
joining is **free & easy**
Learn more

### Track List:

1. S  peedin' [Remix]
2. Buss I  t Baby
3. They    Know [Remix]
4. M   e Love [Remix]
5. Be   d [Remix]
6. S   top Hidin'
7. I  n Love With Money
8. Got '   Em Hatin'
9. You
10. Hypnotized
11. Get You Wet
12. Water
13. Murkin Season
14. I'm So Hood
15. Where He At?
16. Committed to Being a Real Nigga
17. Chopper Zone
18. Rob Yo Pussy Ass
19. Take Off
20. Most Anticipated
21. Duck Down
22. I Just Want the Paper
23. I Wanna Fuck You

Case 4:08-cv-05201-WHP   Document 11-3    Filed 06/11/2008    Page 3 of 54

24. Shawty
25. Shawty [Remix]
26. Tuck Ya Ice

back to top

 © 2008 All Media Guide, LLC
Portions of Content Provided by All Music Guide®, a registered Trademark of All Media Guide, LLC.

© 2008 Borders, Inc. All rights reserved.

Exhibit 13

English | Españ



Weekly Ad     Store Locator     Outlet Center     Gift Center

Gift Cards   Credit Cards   Reward Zone®   Customer Service   Wish List   Order Status   My Account

0 Items

SEARCH FOR  Keyword or Item #        IN  All Categories    GO      Welcome. Please create an account or Sign in

FREE 30-DAY TRIAL  | DIGITALMUSICSTORE  Rhapsody.   No credit card required. Access to Unlimited Music |

Best Buy > Music & Movies > Music > Rap & Hip-Hop > Rap > **Product Info**



# Definition Of Real [PA] [6/10] - CD
**SKU:** 8843326  |  **Release Date:** 6/10/2008

 Parental Advisory

**Shipping:** Pre-order Estimate arrival time.

**Store Pickup:** Coming Soon

**Special Offers:**
   Best Buy Exclusive

**Our Price:**     **$13.99**

Pre-Order

Add to Wish List

**Overview**    Release Notes    Customer Reviews

## Customer Reviews & Ratings

Be the first to write a review.

☆☆☆☆☆

Share this Product: 

## Need Help?

Call **1-888-BEST BUY** or have us call you now.



 Parental Advisory

| | |
|---|---|
| **Format** | CD (1) |
| **Release Date** | 6/10/2008 |
| **Original Release Date** | 2008 |
| **Genre** | Rap |
| **Label** | Slip-N-Slide Records |
| **Studio/Live** | Studio |
| **Mono/Stereo** | Stereo |

## Tracks

1. Speedin' (Remix) - (remix, featuring Rick Ross)
2. Buss It Baby
3. They Know (Remix) - (remix)
4. Me Love (Remix) - (remix)
5. Bed (Remix) - (featuring J. Holiday)
6. Stop Hidin' - (featuring T.I.)
7. In Love With Money
8. Got 'Em Hatin'
9. You - (featuring Tank)
10. Hypnotized - (featuring Akon)
11. Get You Wet - (featuring Pleasure)
12. Water
13. Murkin Season
14. I'm So Hood
15. Where He At?
16. Committed To Being A Real Nigga
17. Chopper Zone - (featuring Lil' Boosie)
18. Rob Yo Pussy Ass
19. Take Off
20. Most Anticipated
21. Duck Down
22. I Just Want The Paper - (featuring The Notorious B.I.G.)
23. I Wanna Fuck You - (featuring Akon)
24. Shawty - (featuring T-Pain)
25. Shawty (Remix) - (remix, featuring Pleasure/Trey Songz)
26. Tuck Ya Ice



**Gift Cards**
• Buy a Gift Card
• Check your balance



**Credit Cards**
• Learn more
• Apply now
• Make a payment



**Reward Zone® Program**
• Learn more
• Check points

**Your Order**
Order Status

**Product Support**

**Safe &**

**More**

Exhibit 14



» Search   Artist

## Browse

> Alternative
> Blues
> Box Sets
> Classical
> Country
> Dance
> Heavy Metal
> International
> Jazz
> Latin
> Live Performance
> Oldies
> R & B
> Rap/Hip Hop
> Rock/Pop
> Soundtrack

**Music Features & More**

> Accessories
> Audiobooks
> Bobbleheads
> DVD Audio
> Enhanced CD
> Super Audio CD
> Calendars

> Bargain Bin
> Radio Top 20
> Top Music Charts

**Browse Movies**

> Action/Adventure
> Comedy
> Drama
> Horror
> Music Videos
> TV on DVD

## Featured Bargain



**Chase**
Garth Brooks
Our Price:  **$8.28**
You Save: $7.70

### Definition Of Real



Large Front

# Plies Definition Of Real CD
**Plies**

Regular Price:  $15.09
Sale Price:  **$14.84**

**PRE-ORDER NOW!**
**ADD TO WISH LIST**

**Scheduled to release
Tuesday, June 10, 2008**
Place your order today and be one of
the first to receive this product when
it arrives.

Format:  CD

Email a Friend

▶ **Detailed Definition Of Real Music Information**
Definition Of Real Music

| | |
|---|---|
| **List Price** | $18.98 (You save $4.14) |
| **Category** | Rock/Pop, Rap |
| **Label** | Slip-N-Slide |
| **Orig Year** | 2008 |
| **CD Universe Part#** | 7669404 |
| **Catalog#** | 511238 |
| **Discs** | 1 |
| **Street Date** | Jun 10, 2008 |
| **Studio/Live** | Studio |
| **Mono/Stereo** | Stereo |
| **Personnel** | Rick Ross, T-Pain, Akon, T.I., Trey Songz, Notorious B.I.G., Lil' Boosie, J. Holiday, Tank, Pleasure |

▶ **Definition Of Real Other Versions**
Definition Of Real Music

Plies
**Definition Of Real**  (2008) ★★★★★ ♫    CD $11.09

Plies
**Definition Of Real**  (2008) Sale  Pre-Order Now!    CD $15.18
Available: Tuesday, June 10, 2008
Edited

▶ **Track Listing**

**Song Title**

1.  Speedin' (Remix) - (remix, featuring Rick Ross)

## Current Top Sellers

1. Lightning Strikes Again
   Dokken
2. Nothing But The Best
   Frank Sinatra
3. In The Midst Of Beauty
   Michael Schenker
4. Rockferry
   Duffy
5. Narrow Stairs
   Death Cab for Cutie
> All Time Top Sellers

## New Releases

**This Week**

1. Greatest Hits
   Tom Petty
2. Floating Point
   John Mclaughlin
3. Tokyo Day Trip
   Pat Metheny
4. 3 Doors Down
   3 Doors Down
5. XV
   King's X

**Next Week**

1. Lightbulb Sun
   Porcupine Tree
2. Steve Miller Band - Live From Chicago
   Steve Miller
3. Here I Stand
   Usher
4. F Action 50:Last F Action
   OG Ron C
5. Ian Gillan - Live In Anaheim
   Ian Gillan

## Top Future Releases

1. Indestructable
   Disturbed

> More Bargains

2. Buss It Baby
3. They Know (Remix) - (remix)
4. Me Love (Remix) - (remix)
5. Bed (Remix) - (featuring J. Holiday)
6. Stop Hidin' - (featuring T.I.)
7. In Love With Money
8. Got 'Em Hatin'
9. You - (featuring Tank)
10. Hypnotized - (featuring Akon)
11. Get You Wet - (featuring Pleasure)
12. Water
13. Murkin Season
14. I'm So Hood
15. Where He At?
16. Committed To Being A Real Nigga
17. Chopper Zone - (featuring Lil' Boosie)
18. Rob Yo Pussy Ass
19. Take Off
20. Most Anticipated
21. Duck Down
22. I Just Want The Paper - (featuring The Notorious B.I.G.)
23. I Wanna Fuck You - (featuring Akon)
24. Shawty - (featuring T-Pain)
25. Shawty (Remix) - (remix, featuring Pleasure/Trey Songz)
26. Tuck Ya Ice

2. <u>Watershed</u>
   Opeth
3. <u>Control</u>
   Control / WS Ocrd
4. <u>Rock My World</u>
   Bret Michaels
5. <u>Annie: The Broadway</u>
   <u>Musical 30th</u>
   <u>Anniversary Produ</u>

▶ **Definition Of Real Album Other Ideas**

Definition Of Real Album

## Help

> <u>General Shipping Information</u>
> <u>Help Section</u>
> <u>Order Status</u>
> <u>FAQs</u>
> <u>How to Order Demo</u>

## Policies

> <u>Safe Shopping Guarantee</u>
> <u>Privacy Policy</u>
> <u>Contact Us</u>
> <u>About Us</u>

## Special Features

> <u>Affiliate Program</u>
> <u>Gift Certificates</u>
> <u>Wish List</u>

  

©1996 - 2008 CD Universe; Portions copyright 1948 - 2008 Muze Inc.
For personal non-commercial use only. All rights reserved.

cdu4asppid music 7669404 cdu4pidall cdu4pls0 ver216cdu cdu4all 5/20/2008 4:06:18 PM

Exhibit 15

## Plies - *Definition Of Real [PA] [6/10] *

**CD**

Site Search

All Available Products

Search

**Browse Music by Genre**

- Top Sellers
- New Releases
- Blues
- Cajun
- Children
- Comedy
- Country
- Easy Listening
- Electronic
- Folk
- Gospel
- Hardcore/Punk
- Heavy Metal
- Instrumental
- International
- Jazz Instrument
- Jazz Vocal
- New Age
- Oldies
- Pop Vocal
- R&B
- Reggae
- Rock & Pop
- Soundtracks



image not available

**Performer** Plies
**Title** Definition Of Real [PA] [6/10] *
**Guest** Rick Ross/J.
**Artists** Holiday/T.I./Tank/Akon/Pleasure/Lil' Boosie/The Notorious B.I.G./T-Pain/Trey Songz
**UPC** 07567899326
**Genre** R&B
**Sub** Rap
**Genre**
**Released** 06/10/2008

List Price $18.98
**Our Price**
**$14.97**

Add To Basket

Ships upon release

## Track Listing - click 💿 icons to preview tracks in Windows Media Player.

| | |
|---|---|
| 1 Speedin' (Remix) - (remix, featuring Rick Ross) | 14 I'm So Hood |
| 2 Buss It Baby | 15 Where He At? |
| 3 They Know (Remix) - (remix) | 16 Committed To Being A Real Nigga |
| 4 Me Love (Remix) - (remix) | 17 Chopper Zone - (featuring Lil' Boosie) |
| 5 Bed (Remix) - (featuring J. Holiday) | 18 Rob Yo Pussy Ass |
| 6 Stop Hidin' - (featuring T.I.) | 19 Take Off |
| 7 In Love With Money | 20 Most Anticipated |
| 8 Got 'Em Hatin' | 21 Duck Down |
| 9 You - (featuring Tank) | 22 I Just Want The Paper - (featuring The Notorious B.I.G.) |
| 10 Hypnotized - (featuring Akon) | 23 I Wanna Fuck You - (featuring Akon) |
| 11 Get You Wet - (featuring Pleasure) | 24 Shawty - (featuring T-Pain) |
| 12 Water | 25 Shawty (Remix) - (remix, featuring Pleasure/Trey Songz) |
| 13 Murkin Season | 26 Tuck Ya Ice |

## Details

| | |
|---|---|
| **Performers** | Plies |
| **Label** | Slip-N-Slide Records |
| **Catalog #** | 511238 |
| **SPAR Code** | n/a |
| **Year of Original Release** | 2008 |
| **Mono/Stereo** | Stereo |
| **Studio/Live Performance** | Studio |
| **Distributor** | WEA (distr) |
| **# of Discs** | 1 |

Online music store provided by Moonshadow eCommerce.
© 2000-2008, Moonshadow eCommerce Inc. Patents Pending.
Portions of content copyright 1948-2008, Muze Inc.
All rights reserved.

Exhibit 16



DoSomethingAmazing

SEE AMAZING VIDEOS

ROLL OVER TO
MAN THE MINIGUN

Home  News  Artists  Songs  Videos  Movies  Shop  Tickets  Free Stuff  Users



Site  Web

search

RSS  Help  Newsletter  Cart

get MySpace and
Facebook on your
phone with AT&T

start here



at&t

May 20, 2008 :: It's All "Lies & Illusion" For Slater, Gooding, Jr.

> home  > Artists  > Plies  > Albums  > Definition of Real

## Plies ✚



## Definition of Real ✚



06/10/2008 | Atlantic / Wea

CD      $15.99
DEFINITION OF REAL

Submit Your Review

Pre-Order

### Songs from Definition of Real

Who Hotter Than Me

Overview  Track Listing  Similar Albums

### Track Listing

Overview
News
Biography
Songs
Videos
Albums

Releases
Compilations
Singles & EPs

Web Links
Similar Artists
Who Likes

Genres
Hip Hop

Browse Artists

ABCDEFGHIJKLM
NOPQRSTUVWXYZ#

get MySpace and
Facebook on your
phone with AT&T

start here

| Track# | Title | time |
|--------|-------|------|
| 1 | Speedin' (Remix) | |
| 2 | Buss It Baby | |
| 3 | They Know (Remix) | |
| 4 | Me Love (Remix) | |
| 5 | Bed (Remix) | |
| 6 | Stop Hidin' | |
| 7 | In Love With Money | |
| 8 | Got 'Em Hatin' | |
| 9 | You | |
| 10 | Hypnotized | |

5/20/2008

11  Get You Wet
12  Water
13  Murkin Season
14  I'm So Hood
15  Where He At?
16  Committed to Being a Real Nigga
17  Chopper Zone
18  Rob Yo Pussy Ass
19  Take Off
20  Most Anticipated
21  Duck Down
22  I Just Want the Paper
23  I Wanna Fuck You
24  Shawty
25  Shawty (Remix)
26  Tuck Ya Ice

## Similar Albums





Young Jeezy
Down South
Slangin 44



Lil' Boosie
Touched
Down and
Caused Hell
$14.99



Rick Ross
Trilla
$12.99



Rick Ross
Carol City's
King



Rick Ross
Supply &
Demand



Exhibit 17

simplicity guaranteed™    **store locator** find a store    **shop by phone** 1-888-244-6594    CART | WISHLIST | MY ACCOUNT | ORDER STATUS | HE

CART | MY ACCOUNT | HELP

TV & HOME ENTERTAINMENT    MP3 & AUDIO    COMPUTERS & OFFICE    CAMERAS & CAMCORDERS    CAR & MOBILE    VIDEO GAMING    HOME, TOYS & GIFTS    MOVIES & MUSIC    REPAIR & INSTALLATION

WEEKLY AD    FINANCING    OUTLET    GIFT CARDS    SHOP BY BRAND

SEARCH:    Entire Site    GO

**Free shipping on orders $24 & up or choose 24-minute in-store pickup**

## Music

Home > Movies & Music > Music > Definition of Real

Email a friend    Print

### Shop by
**Music**
- New Releases
- Coming Soon
- Top Sellers
- Music Specials
- Browse Music
- Advanced Search
- Sacd
- Dvd-Audio
- Dualdiscs

### Browse by
**Music Finder**
**Explore**
- · All New Releases
- · All Coming Soon
- · Artist
- · Label
**Genre**
- · Blues
- · Classical
- · Country
- · Folk
- · Gospel
- · Jazz
- · Latin
- · R&B
- · Rap
- · Rock
- · All Genres
**Format**
- · Cd
- · Cd Single
- · Dual Disc
- · Dvd Audio
- · Sacd
- · Lp Vinyl
- · 12 Inch Single
- · Mvi
- · Music Dvd
- · Vhs



**Definition of Real**                                          CD
Plies
Label: Atlantic / WEA                              price:    List Price $18.9
Format: CD                                                   Our Price $13.9
Release Date:6/10/2008                                        pre-order
UPC: 075678993268

**How to Get It**

zip code   go

Available for shipping only
See shipping details

| Tracks | How to get it |
| --- | --- |

| 1 | Speedin' [Remix] |
| 2 | Buss It Baby |
| 3 | They Know [Remix] |
| 4 | Me Love [Remix] |
| 5 | Bed [Remix] |
| 6 | Stop Hidin' |
| 7 | In Love With Money |
| 8 | Got 'Em Hatin' |
| 9 | You |
| 10 | Hypnotized |
| 11 | Get You Wet |
| 12 | Water |
| 13 | Murkin Season |
| 14 | I'm So Hood |
| 15 | Where He At? |

| 14 | I'm So Hood |
|----|-------------|
| 15 | Where He At? |
| 16 | Committed to Being a Real Nigga |
| 17 | Chopper Zone |
| 18 | Rob Yo Pussy Ass |
| 19 | Take Off |
| 20 | Most Anticipated |
| 21 | Duck Down |
| 22 | I Just Want the Paper |
| 23 | I Wanna F*** You |
| 24 | Shawty |
| 25 | Shawty [Remix] |
| 26 | Tuck Ya Ice |

Exhibit 18



## Definition of Real

Plies
**CD** Learn more

Write a Review

Release Date: 06/10/2008
Sales Rank: 173,455
Label: ATLANTIC / WEA
UPC: 075678993268

**Other Formats:**
CD

**BUY THIS ITEM**

FA!

**$18.99** Online price
**$17.09** Member price Join
Now

Av
Th
Ju

Pre-Order

De

Add to Wish List

| Overview | All Tracks | Details & Credits |

**Track List**
Click on ◄» or link to hear an audio clip.
To listen to samples you'll need a Windows Media Player

**Definition of Real**

1  **Speedin'** Remix
2  **Buss It Baby**
3  **They Know** Remix
4  **Me Love** Remix
5  **Bed** Remix
6  **Stop Hidin'**
7  **In Love With Money**
8  **Got 'Em Hatin'**
9  **You**
10 **Hypnotized**
11 **Get You Wet**
12 **Water**
13 **Murkin Season**
14 **I'm So Hood**
15 **Where He At?**
16 **Committed to Being a Real Nigga**
17 **Chopper Zone**
18 **Rob Yo Pussy Ass**
19 **Take Off**
20 **Most Anticipated**
21 **Duck Down**
22 **I Just Want the Paper**
23 **I Wanna Fuck You**
24 **Shawty**
25 **Shawty** Remix
26 **Tuck Ya Ice**

 © 2008 All Media Guide, LLC
Portions of content provided by All Music Guide®, a trademark of All Media Guide, LLC

IMAGE NOT
AVAILABLE

## Definition of Real [CLEAN VERSION]
Plies
**CD** Learn more

Write a Review

Release Date: 06/10/2008
Sales Rank: 224,330
Label: ATLANTIC / WEA
UPC: 075678992834

**Other Formats:**
CD

### BUY THIS ITEM

**$18.99** Online price
**$17.09** Member price Join Now

Pre-Order

Add to Wish List

FA!
Av
Th
Ju

De

### Details & Credits

#### Product Details

- Format: CD
- Release Date: 06/10/2008
- Label: ATLANTIC / WEA
- Catalog No.: 511470
- UPC: 075678992834
- Sales Rank: 224,330

#### Album Credits

Performance Credits

Plies                    Primary Artist

**AMG** © 2008 All Media Guide, LLC
Portions of content provided by All Music Guide®, a trademark of All Media Guide, LLC

Exhibit 19



**Home** | **Catalog** | **My account** | **View cart** | Search:



Home › CD Albums › Rap/Hip-Hop › Gucci Mane - No Pad, No Pencil

## Gucci Mane - No Pad, No Pencil



View larger image

CODE: IAP00030900

⭐⭐⭐⭐⭐

. List price: $9.99
Our price: $6.99
You save: $3.00 (30%)

| Format: | CD |
| Release Date: | 10/31/2007 |
| Quantity: | 1 |

Add to cart »

Add to Wish List

| Description | Send to friend | Reviews |

### Product Description

Atlantic Records presents the official Gucci Mane mixtape, NO PAD, NO PENCIL. This CD is packed with exclusives from Gucci Mane and features appearances from Lil Jon, Fabo, Mac Bre-Z, Ludacris, Shawnna, Hot Dollar & Rick Ross.

### Track Listing

1. Supastar J. Kwik Intro
2. East Atlanta 6
3. Exclusive Freestyle #1: 2010 Style
4. Pillz feat. Mac Bre-Z
5. I'm A I feat. Lil' Jon & Fabo
6. Exclusive Freestyle #2: Life Is Good
7. Lights On Lights Out
8. My Kitchen
9. One More feat. Rich Boy
10. Hella Ones
11. Exclusive Freestyle #3: No Pad No Pencil
12. Exclusive Freestyle #4: MVP
13. Whoosh feat. OJ Da Juice

### Categories

**CD Albums**

**Mixes**

**DVDs**

**Apparel**

**Magazines**

**Upcoming Releases**

**MP3 Downloads**

**$5 Dollar Specials**

**99 Cent Bin**

**Free Stuff**

#### Manufacturers

- Select a manufacturer -

#### Information

About IAP
Money Orders
Privacy Policy
Product Submission
Shipping & Returns

#### Upcoming Releases



T-Rock & Mr. Sche - Vendetta
$12.99

K-Rino - Triple Darkness Vol. 3: Coalition Ambush
Flo Dawgs (of The Rock Solid Royal Family) - Time Is Money
Killer Mike - I Pledge Allegiance To the Grind II

#### Best Sellers

### Recently Adde



Pastor Troy A.T.L. A-Tov Legend
$15.99

Chalie Boy & Rapid F The Return of the Versatyle Child
Lil Scrappy - Prince C The South
Slick Pulla - Omerta: Code of Silence
DJ Spinz - Heart of th City
Moss B - Life Like A Movie
DJ 5150 & Slim Thug North Side Boss
DJ Teknikz - If You B We Sellin' 17
Mr. LPD - Still On To
DJ Kno-It-All & DJ Ill - Untouchable Radio 1
DJ Storm - The Best Mary J. Blige
DJ Scream & MLK - Hoodrich Radio 9
Big Pokey, Lil C, J-Da OG Avery - Keep On Stackin Vol. 3 (Chop & Screwed)
DJ Obscene & Lil C " Get Money Pro" - Big Money Heavy-Weigh
Baby D - A-Town Sec Weapon



Currency:
US Dollars ($)

#### Cart

🛒 Cart is empty



**Rock Solid Music**
1. J-Green (of The Rock Solid Royal Family) - Codeine Dream

$11.99



**Hood Affairs TV**
2. Hood Affairs TV: Gucci Mane - Trap-A-Holic aka No Pad, No Pencil

$11.99



**Hoodrich Entertainment**
3. Big Mike, DJ Scream, Don Cannon - Diamond (of Crime Mob): Bitch Muzik

$6.99



**Grind Time**
4. S.L. Jones - C.O.L.O.R.S. (Bangin On Wax)

$12.99



**Raw Report**
5. The Raw Report: Shawty Lo - The Real Bankhead Story

$11.99



**Jaywerks**
6. Princess (of Crime Mob) - Class Is In Session

$9.99



**Dutty Laundry**
7. DJ Dutty Laundry & 32 Entertainment Presents OJ Da Juiceman

$6.99



**Hoodrich Entertainment**
8. DJ Scream & Supastar J.Kwik - Gucci Mane & Shawty Lo: Guap-A-Holics

$6.99

14. Exclusive Freestyle #5: Stuntin Hard
15. Exclusive Freestyle #6: East Atlanta Trap Boyz
16. Exclusive Freestyle #7: Plane Crash
17. Lames (Can't Call Her) feat. Shawnna
18. Freaky Girl feat. Ludacris (Kwik Mix)
19. If She Wink (She'll Fuck)
20. Streets On Lock(Remix) feat. Hot Dollar & Rick Ross

· View cart   · Checko

## My account

Log in / Register
Orders
Wish List

Track my order(s):

Order ID/E-mail



## Site News & Upd

**04/06/2008**
IAPStore is now accepti international currencies

vi

Submit e-mail address t receive free updates an promotions:

Enter e-mail address



PayPal VERIFIED

PayPal
VISA

Google **Checkout**
Fast checkout through



**Rock Solid
Music**
9. T-Rock - Guest
Appearances Vol.
1

**$12.99**



**Hoodrich
Entertainment**
10. DJ Scream &
MLK - Young Dro:
I Am Legend

**$6.99**

Home  |  About Us  |  Contact Us  |  Privacy Policy  |  IAP TV  |
Community  |  Site map

Copyright © 2008 IAPStore.com brought to you
by IAP-TV.com.

Exhibit 20







myspace.com/guccimane

1. SUPASTAR J. KWIK INTRO
2. EAST ATLANTA 6
3. EXCLUSIVE FREESTYLE #1 2010 STYLE
4. I'M A J FEAT. LIL JON AND FABO
5. EXCLUSIVE FREESTYLE#2 LIFE IS GOOD
6. LIGHTS ON LIGHTS OUT
7. MY KITCHEN
8. ONE MORE FEAT. RICH BOY
9. HELLA ONES
10. EXCLUSIVE FREESTYLE #3 NO PAD NO PENCIL
11. EXCLUSIVE FREESTYLE #4 MVP
12. WHOOSH – OJ DA JUICE
13. EXCLUSIVE FREESTYLE #5 STUNTIN HARD
14. EXCLUSIVE FREESTYLE #6 EAST ATLANTA TRAP BOYZ
15. EXCLUSIVE FREESTYLE #7 PLANE CRASH
16. FREAKY GIRL (KWIK MIX) FEAT. LUDACRIS
17. IF SHE WINK SHE'LL F*CK
18. STREETS ON LOCK (REMIX) FEAT. HOT DOLLAR AND RICK ROSS

YOUR MUSIC EVERYWHERE

1621 Lakeville Drive
Kingwood TX 77339
USA 281-260-7777

© 2008 Starz Music. All rights reserved. Made in the USA.
181 Warning. Unauthorized duplication is a violation of applicable laws.

6 86506 31662 5

Exhibit 21

SEARCH    ADV

HOME | COMPANY PROFILE | PHOTOS | SERVICES | GET DISTRIBUTION | PIZZAZZ | CONTACT US

En Español: PERFIL | SERVICIOS

INTRODUCTION | DESCRIPTION OF SERVICES | DO'S AND DON'TS | QUESTIONS & ANSWERS

## SERVICES

Welcome to the exciting world of BCD Music Group. We are experts at what we do. This is serious business for us, and we recognize that it's serious biz for you too.

We specialize in new and developing talent and their titles. Labels and artists select us as their distribution and marketing solution for a number of reasons:

1. We work with Artists that have been discovered by a major record label, and either have signed already, or are negotiating a deal. We work closely with the Major and help the artist achieve the results majors demand ... unit sales, building a sizeable fan base, and creating buzz for the music. This artist normally transitions to the Major after 6 to 12 months.

2. We cater to independent record labels and artists that have a substantial history of sales with previous titles. These clients have industry recognition and a fan base, and can handle their own marketing. These clients look for the highest payback per unit sold.

3. We also favor artists new to the industry, releasing their first project. These clients require education, assistance with marketing and promotions, and sometimes funding.

If you do not have the in-house expertise, we encourage you to let us help you with marketing, promotions, and other activities necessary for a successful release, however, services other than distribution are not for free. Depending on the service you need, we can give you an estimate of cost in advance. Services are most often prepaid. Please see Marketing & Promotion Fees for a schedule of charges.

BCD has a dedicated and experienced staff. We like to be involved as early in the project as possible. We know what consumers want to buy – we know what retail store buyers want to buy. Let us help you spec your project, design your graphics and print your promotional materials – we can most often manufacture your CDs/DVDs faster and cheaper than anybody else.

Reach out and have 'active communications' with your project manager or other staff member. Listen to their advice, and remember ... this is what we do 'all day long'.

We offer our advice and certain online resources (see Questions & Answers - Do's & Don'ts) at no charge.

Exhibit 22

gucci mane           

HOME | COMPANY PROFILE | PHOTOS | SERVICES | GET DISTRIBUTION | PIZZAZZ | CONTACT US

En Español: PERFIL | SERVICIOS

MUSIC SEARCH

Click HERE to get the June New Releases Catalogue in pdf format.
Please be patient as it might take some time to download.

## No Pad No Pencil
*Artist: Gucci Mane*



Successful hip-hop is about the hint of the danger, the tease of it, and the mystique. Hip-hop is also about balance. Gucci Mane is an artist striving for that balance, volatility versus musicality. Gucci presents an unmistakable presence on the mic, one of the best flows in rap and, most importantly, an innate sense for crafting great hooks. Using no pad, no pencil, he speaks his own words with flair and style.

*Starz Music*
DN63166
rap
18 tracks ◀))   1-sheet



**686506316625**
**1CD**
Release Date: 4/1/08
Suggested Retail: 14.99
Box Quantity: 30

1

HOME | COMPANY PROFILE | PHOTOS | SERVICES | GET DISTRIBUTION | PIZZAZZ | CONTACT US

Exhibit 23




- **HOME**
- **HIP-HOP**
- **RNB**
- **DOWN SOUTH**
- **REGGAE**
- **LATIN**
- **INSTRUMENTALS**
- **BLENDS**
- **RADIO**
- **WEST COAST**
- **OLDS SCHOOL**
- **CD ALBUMS**
- **DVDS**
- **CLOTHING**
- **DOLLAR MENU** NEW!
- **50 CENT/G-UNIT**
- **CAMRON/DIPLOMATS**
- **JADAKISS/D-BLOCK**
- **LIL WAYNE**
- **BOOKS/MAGS**
- **INFORMATION**
- **SHIPPING & RETURNS**
- **PRIVACY**
- **CONTACT US**
- **SUGGESTIONS** NEW!

Artist or DJ


Please Select

Quick Find


☒ GO

Use keywords to find the product you are looking for.
**Advanced Search**

Reviews  ⇨

Your Account

Your Email Address

Your Password

SIGN IN

Latest Releases


Big Mike & Dj Thoro Grand Theft Audio Pt 2
$5.99
BUY NOW!


Lil Wayne The Carter 3 (Official Album)
$14.99
BUY NOW!


Trap A Holics Kings Of Coke Pt 2 (Jadakiss & Styles P)
$5.99
BUY NOW!


Dj Whoo Kid & Max B Public Domain Pt 3
$5.99
BUY NOW!


Dj Whoo Kid & BG Champion
$5.99
BUY NOW!

Dj Smallz Best Thing Smokin Vol 15
$5.99
BUY NOW!


Supa Mario So You Want To Be A Supa Hero
$5.99
BUY NOW!


Big Mike & Big Stress R&B Jumpoff Pt 41
$5.99
BUY NOW!


Dj Lazy K & Max B Million Dollar Baby 2.5 (Da Appetizer)
$5.99
BUY NOW!


Big Mike & Trap A Holics Trap Radio
$5.99
BUY NOW!


Dj Teknikz Must Be 2 Sides (Shawty Lo & TI)
$5.99
BUY NOW!


Dj Ace & Gucci Mane Mr Perfect
$5.99
BUY NOW!


Dj Rob E Rob The Official G Unit On Sight Tape
$5.99
BUY NOW!

Dj Fletch & Outkast The Reinvention Of Hip Hop (2 CD/ 1 DVD)
$9.99
BUY NOW!


The Raw Report Presents Bun B UGK 4 Life


Dj Scream & MLK Hoodrich Radio Vol 10
$5.99
BUY NOW!



Latest Releases


Lil Wayne The Carte (Official Album)
$14.99

Shopping Cart

0 items

Best Sellers

01. ITS HERE!!!!! Big Mike & Jadakiss T Predator Is Back
02. Big Mike & Styles The Phantom Men
03. Dj Big Mike & Dj Thoro The Hustla Home (OFFICIAL CASSIDY MIXTAP
04. Big Mike & Sheek Louch The Howlin
05. Tapemasters Inc Jay Z American Gangster The Mix (Re-Loaded

Advertise Here



umma beast in da streets and everybody know me ask ..
★★★★★

Accepted Cards





Merchant Services

$11.99
BUY NOW!



Makin Moves Cocaine Flow Pt 3 (Young Jeezy & Rick Ross)
$5.99




Dj Smallz Smokin R&B Pt 13
$5.99
BUY NOW!

Dj Whoo Kid & CNN Back On That QU Shit
$5.99




Makin Moves Swag Splash (Juelz Santana & Jim Jones)
$5.99




Makin Moves The Streets & The Concrete Pt 2 (Beanie Sigel & Jada)
$5.99
BUY NOW!



The Empire Southern Slang Pt 10 (Who Hotter Than Me)
$5.99
BUY NOW!



Trap A Holics Gucci Mane & Yo Gotti G Shit
$5.99
BUY NOW!



Dj Coolbreeze Clash Of The Titans (Grand Hustle & CTE)
$5.99
BUY NOW!

All Star & Yo Gotti Star & Gotti
$8.99
BUY NOW!



Dj OP & Usher These Are My Confessions
$5.99
BUY NOW!



Dj Whoo Kid Presents Bishop Lamont
$5.99
BUY NOW!



Sub 0 DD Iceberg Slim Edition (Papoose & Fat Joe)
$11.99




Dj Delz D187 Hood Radio Vol 2 (Hosted By Max B)
$5.99
BUY NOW!



DJ Dutty Laundry Presents Gucci Mane OJ Da Juiceman Bolo & Big S
$5.99
BUY NOW!



Dj Teknikz Street Execs Countdown Vol 5
$5.99
BUY NOW!



Dj Klapton American Legends Pt 2 (Jay Z & Nas)
$5.99




Dj Ace & OJ Da Juice Juice



Dj Teknikz & Young Berg



The Empire Presents Dj



Dj Fine$$e & The



| | | | |
|---|---|---|---|
| World $5.99 BUY NOW! | Passport Swag $5.99 BUY NOW! | 5150 Goon Music $5.99 BUY NOW! | Murderers Spring Fever 2k8 $5.99 BUY NOW! |

Dj Fine$$e & Usher The Official Best Of Usher Pt 2 $5.99 BUY NOW!

Dj Fine$$e R&B Soul Pt 14 $5.99 BUY NOW!

Dj Fine$$e Platinum Slow Jams Pt 35 $5.99 BUY NOW!

Evil Empire & Dj E Stacks Phillys Most Wanted Pt 2 $5.99 BUY NOW!

Dj Messiah & Ransom Animal Warrior Beast $5.99 BUY NOW!

Bizkit Tapes Top 20 Streets Vol 8 $5.99 BUY NOW!

Bizkit Tapes Top 20 Vol 26 $5.99 BUY NOW!

Mista Rello A Lil Bit Of Dis A Little Bit Of Dat Pt 20 $5.99 BUY NOW!

Rick Ross Presents MI Yayo The Movie $12.99 BUY NOW!

Hoodlfie Cyphas Vol 9 (Gucci Mane & Cassidy) $11.99 BUY NOW!

Mista Rello Touch It Vol 15 $5.99 BUY NOW!

Team Invasion & Green Lantern On Da Spot (Live From Invasion Rad $5.99 BUY NOW!

Team Inasion Pon Di Gully Side 3 $5.99 BUY NOW!

Dj LO & Dj L Gee Americas Favorite Singer (Mary J Blige) $5.99 BUY NOW!

Dj OP & The Lox Living Off Experience $5.99 BUY NOW!

Ransom Street Cinema $10.99 BUY NOW!

Dj Scream So Seductive 10 $5.99

Hevehitta Dipset Byrd Gang $5.99

Trap A Holics & Jay Z Jigga

BUY NOW!

BUY NOW!

Vs Hova
$5.99
BUY NOW!

East Coast Bloods Damu
Kingdom
$10.99
BUY NOW!

Dj Spinz Heart Of The City
$5.99
BUY NOW!

Smooth Denali When It
Mattered Vol 2
$5.99
BUY NOW!

Smooth Denali Do You
Remember Pt 3
$5.99
BUY NOW!

Dj Lrm Whats New Pt 7
$5.90
BUY NOW!

Jason Streets R&B Blender
$5.99
BUY NOW!

Dj OP & Poobs D Block Tag
Team
$5.99
BUY NOW!

Dj 5150 & Slim Thug North
Side Boss
$8.99
BUY NOW!

Dj OP & Poobs D Block The
Art Of War
$5.99
BUY NOW!

Dj Famous Memorial Day
Massacre
$5.99
BUY NOW!

Dj Smallz Georgia
Trafficking
$5.99
BUY NOW!

Big Mike Grand Theft Audio
$5.99
BUY NOW!

Dj Storm & Marty J Blige
The Best Of MJB (Double
Disc)
$8.99
BUY NOW!

Dj Messiah & Juelz Santana
Swag Splasher
$5.99
BUY NOW!

Dj Gera Fully Loaded 8
$5.99
BUY NOW!

Evil Empire Dj Plus & Dj E
Stacks Million Dollar Nextel
$5.99
BUY NOW!

Dj Haze Black Wallstreet
Radio Vol 4
$5.99
BUY NOW!

Dj LRM Press Play
$5.99
**BUY NOW!**


Dj Danny Dee R&B Flava Vol
26
$5.99
**BUY NOW!**


Dj Danny Dee Take It Back
Vol 4
$5.99
**BUY NOW!**


Dj 31 Degreez & Plies My
World
$5.99
**BUY NOW!**


Trap A Holics & TI Thoughts
Of A 8 Time Felon
$5.99
**BUY NOW!**


The Empire & Dj Folk
Present Slick Pulla Omerta
The Code Of Silence)
$8.99
**BUY NOW!**


Dj Scream & Young Capone
Welcome To The Trap
$5.99
**BUY NOW!**


Dj Diggz & Rated R Potent
Product Pt 11
$5.99
**BUY NOW!**


DJ Teknikz If You Buyin We
Sellin Pt 17
$5.99
**BUY NOW!**


Dj 31 Degreez Forecast Pt
20
$5.99
**BUY NOW!**


Dj Diggz & Rated R Present
The Most Infamous
$5.99
**BUY NOW!**


The Hitmen & 50 Cent This
Is 50
$5.99
**BUY NOW!**


Big Mike & Big Stress R&B
Jumpoff Pt 40
$5.99
**BUY NOW!**


Dj Smallz Smokin
Instrumentals 6
$5.99
**BUY NOW!**


Dj Scream & MLK Hoodrich
Radio Pt 9
$5.99
**BUY NOW!**


Dj Smallz Trap R&B
$5.99
**BUY NOW!**


Dj Slimer The Best Of
Usher
$5.99
**BUY NOW!**


Dj Hitz Radio Hitz Pt 6
$5.99
**BUY NOW!**


Tapemasters Inc The Future
Of R&B Pt 20
$5.99
**BUY NOW!**


Big Mike Dj Thoro & Dj OP
First 48 Pt 3
$5.99
**BUY NOW!**



Dj 31 Degreez & Dj Phenom R&B Addiction
$5.99
**BUY NOW!**

Dj 31 Degreez I Luv Hip Hop Pt 2
$5.99
**BUY NOW!**

Dj Hitz R&B Bangers Pt 10
$5.99
**BUY NOW!**

Action Pac Safe Sex Pt 31
$5.99
**BUY NOW!**

Tapemasters Inc & Akon One Man Band Man
$5.99
**BUY NOW!**

Action Pac R&B Life Pt 25
$5.99
**BUY NOW!**

Dj Holiday Zaytoven & Gucci Mane EA Sportscenter
$5.99
**BUY NOW!**

Dj Famous R&B 68 (Spring Fling)
$5.99
**BUY NOW!**



**Mixtrap LLC.**
**36 Tamorack Ave**
**Suite #312**
**Danbury, CT 06811**
**1-877-MIX-TRAP (649-8727)**

Copyright ? 2007 mixtrap.com. All rights reserved. | Designed by AB Entertainment

Exhibit 24



Advertise Here



shit is bangin right here ..
★★★★★

Accepted Cards





Merchant Services









Rick Ross & Plies Goon Music (Pre Order) $5.99 **BUY NOW!**

Trap A Holics & Plies Definition Of Real $5.99 **BUY NOW!**

Trap A Holics & Plies The Pussy Monster $5.99 **BUY NOW!**

Displaying **1** to **9** (of **9** products)  Result Pages:  **1**

BACK



**Mixtrap LLC.**
**36 Tamorack Ave**
**Suite #312**
**Danbury, CT 06811**
**1-877-MIX-TRAP (649-8727)**

Copyright ? 2007 mixtrap.com. All rights reserved. | Designed by AB Entertainment

Exhibit 25



**ALWAYS OFFICIAL**

**MIX TRAP .COM**

NEVER BOOTL...

VISA MasterCard eCheck PayPal

SALES & SERVICE **1-877-MIX-TRAP**    **MON-SUN 10AM-5PM** EA5...

- **HOME**
- **HIP-HOP**
- **RNB**
- **DOWN SOUTH**
- **REGGAE**
- **LATIN**
- **INSTRUMENTALS**
- **BLENDS**
- **RADIO**
- **WEST COAST**
- **OLDS SCHOOL**
- **CD ALBUMS**
- **DVDS**
- **CLOTHING**
- **DOLLAR MENU** (New)
- **50 CENT/G-UNIT**
- **CAMRON/DIPLOMATS**
- **JADAKISS/D-BLOCK**
- **LIL WAYNE**
- **BOOKS/MAGS**
- **INFORMATION**
- **SHIPPING & RETURNS**
- **PRIVACY**
- **CONTACT US**
- **SUGGESTIONS** (New)

Artist or DJ

Please Select

Quick Find

gucci mane  [x] GO
Use keywords to find the product you are looking for.
**Advanced Search**

Reviews  ⇨

Displaying 1 to 18 (of **18** products)    Result Pages: **1**

| | Product Name+ | Price | Buy Now |
|---|---|---|---|
| | Bizkit & Tapemasters Inc Lil Boosie & Gucci Mane (Whos Got The C | $1.00 | BUY NOW! |
| | Bobby Black & Dj Mars Present Gucci Mane Chicken Talk Pt 2 | $5.99 | BUY NOW! |
| | Dj 31 Degreez & Gucci Mane King Of Trap | $5.99 | BUY NOW! |
| | Dj Ace & Gucci Mane Mr Perfect | $5.99 | BUY NOW! |
| | Dj Coolbreeze & Gucci Mane Iced Up | $5.99 | BUY NOW! |
| | DJ Dutty Laundry Presents Gucci Mane OJ Da Juiceman Bolo & Big S | $5.99 | BUY NOW! |

Your Account

Your Email Address

Your Password

SIGN IN

Latest Releases

Lil Wayne The Carte... (Official Album)
$14.99

Shopping Cart

0 items

Best Sellers

01. ITS HERE!!!!! Big Mike & Jadakiss T... Predator Is Back

02. Big Mike & Styles... The Phantom Men

03. Dj Big Mike & Dj Thoro The Hustla... Home (OFFICIAL CASSIDY MIXTAP...

04. Big Mike & Sheek Louch The Howlin...

05. Tapemasters Inc ... Jay Z American Gangster The Mix (Re-Loaded



yo whut up wit the shit on mixtrap ...
★★★★★

Accepted Cards





Advertise Here







Dj Holiday Zaytoven & Gucci Mane EA Sportscenter     $5.99   BUY NOW!



Dj Messiah Cocaine Gang (Young Jeezy Rick Ross Gucci Mane & The     $5.99   BUY NOW!

Dj Rah2k & Dj Rack$ Problem Solvers Pt 2 (Gucci Mane Plies & You     $5.99   BUY NOW!



Dj Rah2k & Gucci Mane Trapstar Vol 3     $5.99   BUY NOW!



Dj Scream & Supastar J Kwik Guap A Holics (Gucci Mane & Shorty L     $5.99   BUY NOW!



Dj Storm & Gucci Mane Drank Epidemic 13 & 13.2 (Double Disc)     $9.99   BUY NOW!

Hood Affairs TV DVD (Featuring Plies Gucci Mane & Rick Ross Plus     $10.99   BUY NOW!





Hoodlfie Cyphas Vol 9 (Gucci Mane & Cassidy)    $11.99    BUY NOW!

The Empire Gucci Mane & The Cartel Present Bird Flu    $5.99    BUY NOW!

Trap A Holics Gucci Mane & Yo Gotti G Shit    $5.99    BUY NOW!

Trap-A-Hollics- Gucci Mane VS Young Jeezy Who is the Trapstar?    $5.99    BUY NOW!

True Stories Vol 10 (Featuring Gucci Mane Uncle Murder Plus More    $10.99    BUY NOW!

Displaying 1 to 18 (of 18 products)    Result Pages:  1

BACK



**Mixtrap LLC.**
**36 Tamorack Ave**
**Suite #312**
**Danbury, CT 06811**
**1-877-MIX-TRAP (649-8727)**

Copyright ? 2007 mixtrap.com. All rights reserved. | Designed by AB Entertainment

Exhibit 26

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (gucci mane)[ in Title ]
Search Results: Displaying 1 of 2 entries



*Back To The Traphouse.*

| | |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000612203 / 2008-05-12 |
| **Application Title:** | Gucci Mane "Back To The Traphouse" Atlantic/Asylum #313516-2. |
| **Title:** | Back To The Traphouse. |
| **Publisher Number:** | #313516-2 Atlantic/Asylum |
| **Copyright Claimant:** | Atlantic Recording Corporation. Address: 1290 Avenue of the Americas, New York, NY, 10104 |
| **Date of Creation:** | 2007 |
| **Date of Publication:** | 2007-11-28 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Atlantic Recording Corporation, employer for hire; Domicile: United States; Citizenship: United States. Authorship: Sound Recordings and Artwork. |
| **Names:** | Atlantic Recording Corporation |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record    Format for Print/Save |
| Enter your email address:    Email |

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Exhibit 27

# ADDENDUM TO STANDARD TERMS & CONDITIONS OF DISTRIBUTION

This Addendum is entered into this ___1___ day of ___feb___ ~~2007~~ 2008 between Jeff Sledge (hereinafter "Label") and BCD Music Group, Inc (hereinafter "BCD"). The parties hereto accept BCD's Terms & Conditions of Distribution and further agree as follows:

**Label hereby:**

1. Agrees to deliver eight (8) albums:

   |   | Artist | Title |
   |---|--------|-------|
   | a. | | _Delete_ |
   | ~~b.~~ | ~~DJ S & S~~ | ~~Fat Boy Radio~~ |
   | c. | PLIES | DEFINITION OF REAL |
   | d. | BIRDMAN 7 LIL WAYNE | HAPPY FATHERS DAY |
   | e. | LIL BOOSIE | BOOSIEANNA |
   | f. | BIG MIKE | INTERNATION GANGSTER |
   | g. | GUCCI MANE | NO PAD NO PENCIL |
   | h. | THE EMPIRE | SOUTHERN SLANG 9 |
   | i. | RICK ROSS | CAROL CITY'S KING |

2. Grants a worldwide exclusively irrevocably license to BCD forever for distribution and sale (digital and physical) on any media currently known or invented in the future

3. Authorizes BCD to use the likeness of all artist(s) included on any recorded media.

4. Indemnifies and holds BCD harmless against future claims, damages and attorney's fees in the event any claims are made against BCD

5. Represents and Warrants that the music herein is free and clear and unencumbered, has no outstanding claims, and that master recordings were made as a "work for hire".

6. Shall provide additional releases, clearances and statements of authenticity if so requested by BCD.

7. Represents that no future royalties or payments of any kind are due to Label, other than specified herein

8. Acknowledges that Label understands that making representations that are not true and correct may be a criminal offense prosecutable under Federal and State laws.

9. Agrees to be available as may reasonably be requested by BCD to assist in specific promotions.

10. Agrees that BCD has and will have information regarding it's vendors, it's customers and it's artists and record labels, systems and other vital information (collectively, "Information") which are valuable, special and unique assets of the Company. You agree that you will not at any time or in any manner, either directly or indirectly, divulge, disclose, or communicate any Information to any third party without the prior written consent of the Company. You will protect the Information and treat it as strictly confidential.

**BCD shall:**

1. pay to Label a onetime payment of Six Thousand dollars ($6,000) at time of execution of this Agreement.

If there is a conflict between BCD's Term and Conditions of Distribution and this Addendum, this Addendum prevails.

Agreed:

BCD Music Group, Inc

JEFFREY SLEDGE