UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ATLANTIC RECORDING CORPORATION,

                         Plaintiff,

      - v —

BCD MUSIC GROUP, INC. and
MIXTRAP, LLC.,

                         Defendants.

-------------------------------------------------------------------X

08 Civ. 5201 (WHP)

STATE OF NEW YORK  )
                         ) ss.:
COUNTY OF NEW YORK  )

      **ELLIZABETH DE VOGEL**, being duly sworn, deposes and says:

      1.    I am over 18 years of age, not a party to this action, and reside within the state of New Jersey.

      2.    On June 6, 2008, I served a true copy of the Summons and Complaint and of the Order to Show Cause, together with copies of the papers in support thereof, by overnight delivery upon:

BCD Music Group
1621 Lakeville Drive
Kingwood, TX 77339

And

Mixtrap LLC
36 Tamorack Avenue, Suite 312
Danbury, CT 06811

by depositing a true copy, in a properly addressed wrapper in an official depository under the exclusive Federal Express within the State of New York.

                                                            _Elizabeth M. De Vogel_
                                                            ELIZABETH M. DE VOGEL

Sworn to before me this
___ day of June, 2008

_____
Notary Public

HILLARY K. JACKSON
Notary Public, State of New York
No. 01JA6107319
Qualified in New York County
Commission Expires March 22, 2012

123264.00612/6644589v.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ATLANTIC RECORDING CORPORATION,

                 08 Civ. 5201 (whp)(rle)

        Plaintiff,

  - v –

BCD MUSIC GROUP, INC. and
MIXTRAP, LLC.,

        Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK )
          ) ss.:
COUNTY OF NEW YORK )

  **JENNIFER S. SMITH**, being duly sworn, deposes and says:

  1. I am over 18 years of age, not a party to this action, and reside within the state of New York.

  2. As reflected in the attached emails, on June 6, 2008, I served a true copy of the Summons and Complaint and of the Order to Show Cause, together with copies of the papers in support thereof, by email upon:

  Mixtrap, LLC at the following email address:

  info@mixtrap.com

  And

  BCD Music Group, Inc. at the following email address:

  wallace10019@yahoo.com

By attaching the above referenced documents to the attached emails properly addressed to the above addresses.

                       JENNIFER S. SMITH

Sworn to before me this
_9th_ day of June, 2008

_____
Notary Public

**HILLARY K. JACKSON**
Notary Public, State of New York
No. 01JA6107319
Qualified in New York County

**De Vogel, Elizabeth M.**

| | |
|---|---|
| **From:** | Smith, Jennifer S. |
| **Sent:** | Friday, June 06, 2008 7:25 PM |
| **To:** | 'info@mixtrap.com' |
| **Cc:** | Bressler, Ken |
| **Subject:** | Atlantic lawsuit - copies of pleadings and preliminary injunction motion |
| **Attachments:** | Atlantic - Civ cover sheet.pdf; Atlantic - Complaint.pdf; Atlantic - 7.1 Statement.pdf; Atlantic - OSC.pdf; Atlantic - Memo of Law.pdf; Atlantic - Judge Pauley rules.pdf; Atlantic - Mag Ellis rules.pdf; Atlantic - Bressler Decl.pdf; Atlantic - Kushner Decl.pdf; Atlantic - Scott Decl.pdf; Atlantic - Ricigliano Decl.pdf; Atlantic - Mitchell Decl.pdf; Atlantic - Exhiibits.pdf; Atlantic - Mixtrap Summons.pdf |

Dear Sir or Madam:
We represent Atlantic Recording Corporation in a newly filed lawsuit against Mixtrap, LLC. Pursuant to the Order to Show Cause signed by Judge Pauley, we are attaching the Summons and Complaint filed by Atlantic earlier today. We also attach Atlantic's Order to Show Cause for Preliminary Injunction, and all papers in support thereof. A hard copy of all documents is being served by overnight delivery.
Please be advised that the court has scheduled a hearing on Atlantic's Preliminary Injunction Motion at **5:00 pm on June 11, 2008**. Any opposition papers you choose to file will be due at **12 noon on June 10, 2008**. Judge Pauley's chambers has advised us that the judge will notify us on Monday, June 9, 2008 if he decides to hold an evidentiary hearing.
Regards,
Jennifer S. Smith

**Jennifer S. Smith | Blank Rome LLP**
The Chrysler Building, 405 Lexington Avenue | New York, NY 10174-0208
Phone: 212.885.5485 | Fax: 917.332.3010 | Email: JSmith@BlankRome.com

**De Vogel, Elizabeth M.**

| | |
|---|---|
| **From:** | Smith, Jennifer S. |
| **Sent:** | Friday, June 06, 2008 7:23 PM |
| **To:** | 'wallace10019@yahoo.com' |
| **Cc:** | Bressler, Ken |
| **Subject:** | Atlantic lawsuit - copies of pleadings and preliminary injunction motion |
| **Attachments:** | Atlantic - BCD Summons.pdf; Atlantic - Civ cover sheet.pdf; Atlantic - Complaint.pdf; Atlantic - 7.1 Statement.pdf; Atlantic - OSC.pdf; Atlantic - Memo of Law.pdf; Atlantic - Judge Pauley rules.pdf; Atlantic - Mag Ellis rules.pdf; Atlantic - Bressler Decl.pdf; Atlantic - Kushner Decl.pdf; Atlantic - Scott Decl.pdf; Atlantic - Ricigliano Decl.pdf; Atlantic - Mitchell Decl.pdf; Atlantic - Exhiibits.pdf |

Mr. Collins,
Pursuant to the Order to Show Cause signed by Judge Pauley, we are attaching the Summons and Complaint filed by Atlantic Recording Corporation earlier today. We also attach Atlantic's Order to Show Cause for Preliminary Injunction, and all papers in support thereof. A hard copy of all documents is being served by overnight delivery.
Please be advised that the court has scheduled a hearing on Atlantic's Preliminary Injunction Motion at **5:00 pm on June 11, 2008**. Any opposition papers you choose to file will be due at **12 noon on June 10, 2008**. Judge Pauley's chambers has advised us that the judge will notify us on Monday, June 9, 2008 if he decides to hold an evidentiary hearing.
Regards,
Jennifer S. Smith

**Jennifer S. Smith | Blank Rome LLP**
The Chrysler Building, 405 Lexington Avenue | New York, NY 10174-0208
Phone: 212.885.5485 | Fax: 917.332.3010 | Email: JSmith@BlankRome.com