EPS Judicial Process Service, Inc.<br>
29-27 41st Avenue, Suite 812<br>
Long Island City, NY 11101<br>
Telephone: 718-472-2900<br>
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ATLANTIC RECORDING CORPORATION,

                                 Index: 08 CIV 5201
              Plaintiff(s),        AFFIDAVIT OF SERVICE
  -against-

BCD MUSIC GROUP, INC. and
MIXTRAP, LLC,

             Defendant(s).
------------------------------------------------------------------X

STATE OF TEXAS     )
                          :s.s:
COUNTY OF HARRIS )

       MARCOS LARDIZABAL, being duly sworn, deposes and says:

       I am not a party to this action, am over the age of eighteen years, and reside in the State of Texas.

       I am an agent for EPS Judicial Process Service, Inc. and received the Summons In A Civil Action; Complaint and Jury Demand; Rule 7.1 Statement; Individual Practices of Judge William H. Pauley III; Individual Practices of Magistrate Judge Ronald L. Ellis and Electronic Case Filing Rules & Instructions for the above entitled-action to be served upon BCD Music Group, Inc., defendant herein named.

       On the 11th day of June, 2008, at approximately 11:51 a.m. at 1621 Lakeville Drive, Kingwood, Texas, I served true copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT AND JURY DEMAND; RULE 7.1 STATEMENT; INDIVIDUAL PRACTICES OF JUDGE WILLIAM H. PAULEY III; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS and ELECTRONIC CASE FILING RULES & INSTRUCTIONS in the above entitled-action, upon BCD MUSIC GROUP, INC, defendant herein named, by personally delivering to and leaving thereat true copies

of the above mentioned documents with Hrald Blakeslee. At time of service, Mr. Blakeslee identified himself as the President for BCD Music Group, Inc. and as a person authorized to accept service of process for BCD Music Group, Inc.

Mr. Blakeslee is a Caucasian male, approximately 45-50 years of age, 5'6" tall, 160 lbs, with light hair and light eyes.

Sworn to before me this,
13th day of June, 2008

NOTARY PUBLIC

ANDREW C. MANGER
Notary Public, State of Texas
My Commission Expires
May 30, 2011

MARCOS LARDIZABAL