USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ATLANTIC RECORDING CORPORATION,           :
                                          :   08 Civ. 5201 (WHP)
                    Plaintiff,            :
                                          :
        - v –                             :
                                          :   STIPULATION
                                          :
BCD MUSIC GROUP, INC. and MIXTRAP LLC,    :
                                          :
                    Defendants.           :
                                          :
------------------------------------------------------------ X

Plaintiff Atlantic Recording Corporation and Defendant Mixtrap LLC hereby consent to the Court's Entry of the Preliminary Injunction Order attached as Exhibit A.

_____           _____
Kenneth L. Bressler, Esq. (KB 3389)          Jonathan L. Ross, Esq. (JR 0581)
Blank Rome LLP                               Caplan & Ross LLP
405 Lexington Avenue                         100 Park Avenue, 18th Floor
New York, NY 10174                           New York, NY 10017
(212) 885-5000                               (212) 973-2376
Attorneys for Plaintiff                      Attorney for Defendant Mixtrap LLC

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

6/12/08

123264.00612/6646294v.1