UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ATLANTIC RECORDING CORPORATION,

                  Plaintiff,

      – v –

BCD MUSIC GROUP, INC. and MIXTRAP LLC,

                  Defendants.

------------------------------------------------------------ X

08 Civ. 5201 (WHP)

STIPULATION

      Plaintiff Atlantic Recording Corporation and Defendant BCD Music Group, Inc. hereby consent to the Court's Entry of the Preliminary Injunction Order attached as Exhibit A.

_____
Kenneth L. Bressler, Esq. (KB 3389)
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174
(212) 885-5000
Attorneys for Plaintiff

_____
Wallace Collins, Esq. (WC 1907)
119 5th Avenue (3rd Flr.)
New York, NY 10003
(212) 245-7300
Attorney for Defendant BCD Music Group, Inc.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
6/12/08

123264.00612/6646288v.1