```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ATLANTIC RECORDING CORPORATION,

        Plaintiff,

        -against-

BCD MUSIC GROUP, INC.
AND MIXTRAP LLC,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 Civ. 5201 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

       An initial pretrial conference shall be held August 22, 2008 at 10:30 a.m.

Dated: August 8, 2008
       New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                                U.S.D.J.

*Counsel of record*:

Kenneth L. Bressler, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
*Counsel for Plaintiff*

Wallace Collins, Esq.
119 Fifth Avenue, Third Floor
New York, NY 10003
*Counsel for Defendant BCD Music Group Inc.*

Jonathan J. Ross, Esq.
Caplan & Ross LLP
100 Park Avenue, 18th Floor
New York, NY 10017
*Counsel for Defendant Mixtrap LLC*

1