USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X
ATLANTIC RECORDING CORPORATION,　　　:

　　　　　　　Plaintiff,　　　　　　　　:　　08 Civ. 5201 (WHP)

　　　　　　　-against-　　　　　　　　　:　　SCHEDULING ORDER

BCD MUSIC GROUP, INC.　　　　　　　　:
AND MIXTRAP LLC,　　　　　　　　　　　:

　　　　　　　Defendants.　　　　　　　　:
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

　　　　Counsel for Plaintiff and Defendant BCD Music Group, Inc. having appeared before the Court for an initial pretrial conference on August 22, 2008, the following schedule is established on consent:

1. Plaintiff shall serve and file an amended complaint by September 26, 2008;

2. Defendant BCD Music Group Inc. shall serve and file its answer to the amended complaint by October 24, 2008;

3. The parties shall complete all fact discovery by January 30, 2009;

4. The parties shall submit a joint pretrial order in accord with this Court's Individual Rules of Practice by February 27, 2009; and

5. A final pretrial conference shall take place on March 6, 2009 at 10:00 a.m.

Dated:　August 22, 2008
　　　　New York, New York

　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　WILLIAM H. PAULEY III
　　　　　　　　　　　　　　　U.S.D.J.

1

*Counsel of record*:

Kenneth L. Bressler, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
*Counsel for Plaintiff*

Wallace Collins, Esq.
119 Fifth Avenue, Third Floor
New York, NY 10003
*Counsel for Defendant BCD Music Group Inc.*

Jonathan J. Ross, Esq.
Caplan & Ross LLP
100 Park Avenue, 18th Floor
New York, NY 10017
*Counsel for Defendant Mixtrap LLC*