AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Atlantic Recording Corporation,

        Plaintiff,

  -v-

BCD Music Group, Inc. and Mixtrap LLC,

        Defendants.

**APPEARANCE**

Case Number: 08 CIV. 5201 (WHP)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Defendant Mixtrap LLC.

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/28/2008 | *[signature]* |
| Date | Signature |
| | Jonathan J. Ross      JR-0581 |
| | Print Name      Bar Number |
| | Caplan & Ross, LLP, 100 Park Avenue, 18th Floor |
| | Address |
| | New York    New York    10022 |
| | City    State    Zip Code |
| | (212) 973-2376    (212) 661-4290 |
| | Phone Number    Fax Number |